DEC 03 2007

# F I L E D

**UNITED  STATES  DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

DEC 0 3 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Lennel  Bolden | ) |
| | ) |
| Geraldine Bolden | ) Case Number _07 - cv - 6787_ |
| | ) Judge  Hart |
| | ) Magistrate  mason |
| Plaintiffs | ) |
| | ) |
| V. | ) |
| | ) |
| Commissioner of the | ) |
| Internal Revenue | ) 07cv6787 |
| | ) JUDGE HART |
| Denise Bradley | ) MAG. JUDGE MASON |
| | ) |
| ~~Et, al. Defendants~~  G. B | |

Plaintiffs, Lennel and Geraldine Bolden are citizens of the United States

This Complaint is brought forth pro- se to this Court  to Reclaim the Plaintiff's property

that was taken through illegal conversion from the Plaintiff by the Defendants and to Stop

the  harassment  and  deliberate Tort of the Plaintiffs  by the defendants that was caused

DUE to negligent Acts of the Defendants

(1)  Plaintiffs charges the Defendant with criminal acts that infringed on the rights,

immunities and privileges of the Plaintiff that violated their Constitutional rights as

Citizens of the United States of America.

(2)  Defendant took the Plaintiff property by non judicial levies and lien; that were attached

against the Plaintiffs  because the Defendants did not give <u>Full Credit</u>  or Professional

courtesy or attention  to the Plaintiffs accounts.

 (3)  Employees of the United States and The Internal Revenue,  the Commissioner of the

Internal  Revenue  and  co- Defendants employee of  the Internal Revenue and the

Denise Bradley,  C. Sherwood;  Tamela  Martin and the Commissioner's  attorney,

Gloria B. Djuraskovic, these employees  <u>of the Internal Revenue  conspired to embezzle</u>

<u>money from the Plaintiffs  through conversion of the plaintiffs "property"  and "Identity"</u>

<u>(4)  Defendants committed acts of Fraud  are covering it up by not giving them</u>

<u> full credit  of the Plaintiff money in their possession and making them  Pay more  than</u>

<u>once for  alleged Tax Balances</u>

(5)  The Plaintiffs did not owe the Defendants the Defendants owed the Plaintiffs.

   (6)  Defendant has committed Fraud against the Plaintiffs by embezzlement and has

   covered their acts under the guise of the United States and the United States Postal

   Services.

(7)Further acts against the Plaintiffs,  by the defendants were they  changed the Plaintiffs

Identity in furtherance of their acts to commit Fraud by changing the Plaintiff's address

From 1994 through 2002.  This change was done  <u>internally and not externally</u> meaning

that <u>someone within the Internal Revenue changed the Plaintiffs address</u>

(7) This change of address that Defendants attest to being a <u>fictitious</u> **<u>26 Gibson BLVD, Valley Stream NY 11581 2001-93</u>** is a <u>true</u> address, according to the United States Postal Authority.

(8) Their acts of Fraud and Deceit against the Plaintiff extended to "Fraud and "Deceit" against the United States Tax Court as well with the defendant acting in the guise of a legal capacity and functioning in an illegal capacity to Convert and convey the Plaintiff's <u>property</u> and <u>Identity.</u>

(9) The Defendants has placed several Liens and Levies against the Plaintiff orchestrated <u>through</u> the United State under Internal Revenue, 6321 6322 and 6323; these liens and levies were not placed against the Plaintiffs relating to deficiencies or deficits revel ant to Tax Balances. The Liens and Levies; were used to cover up the conversions of the <u>Plaintiff's property by Embezzlements.</u>

(10)    Defendants attachments were non-judicial the defendant had with-held Plaintiff's Tax Refunds <u>8 Years before any deficits were alleged</u> and not given the Plaintiffs credit for the refunds they were with-holding.

(11)    Defendants attached the Plaintiffs social security checks, without proper notice from 2001 until 2006 though .the Social Security Administration.

(12)  Defendants collected $753.40 for 36 months from the Plaintiff Social Security checks and  Zeroed out  some of  the  remittances  they collected that were  from the  Social Security underlined directly to the Internal Revenue   These withheld amounts were not collect through the Department of the Treasury,  (TOP)and they had no  knowledge about them.

(13)The Plaintiffs filed their Taxes for a Restorations of Funds, and the Internal Revenue re-acted as though they had no Information, although the information was sent to them by the Plaintiffs  being that the Department of the Treasury "claims they (the agency collecting the debt) are the responsible for returning any part of payments that should not have been reduced.

(14)  The Internal Revenue, once again attached the Plaintiff Social Security checks  with a Levy instead of trying to resolve the matter of the over-pays by social security and through the United States Tax Court.

(15)  Presently the Defendants are taking money from the Plaintiffs social security checks although they had withheld money 4 four years after  one Offset was Paid and  three years  after the second offset was Paid  against   a non judicial Levy.

(16)  Lennel Bolden is a retired Bus driver, he worked for the Chicago Transit Authority thirty(30) years before retiring in "1997" during that time he only had two different addresses225 North Laramie, Chicago Illinois and relocating to 317 50th Avenue Bellwood, Illinoisin "1983.  The Bolden's  also maintained a Post office

Box. Mainly for checks

(17) Prior to "2001 Plaintiff had not been audited since "1986" when they had to prove their nine (9) children were their own. Their proof was submitted from the Chicago Archdiocese and the State of Illinois. All of the Plaintiffs income was generated out of the State of Illinois.

(18) No Deficiencies were alleged against that audit but the Internal Revenue has kept all of the Plaintiffs Tax Refunds, abatements, over-pays and credits since then.

(18) Plaintiffs, has never been able to recover any of their Tax Refunds from their efforts With the Internal Revenue. They kept all their money and when inquiries were made as To How they could do this? their answer, was "BECAUSE WE CAN"

(19) PLAINTIFFS, DISAGREED AND CONTINUED THEIR EFFORTS TO "reclaim Their property" though phone calls, letters and visits, to the Internal Revenue. All of Plaintiff's Exhibits and data came from the Internal Revenue gathered for evidence that Plaintiffs did not and does not owe the Internal Revenue.

(20) Defendant had withheld 15 years of Refunds, before they began to alleged Deficiencies. Plaintiffs began receiving letters of deficiencies from the Internal Revenue in 2001 for 1994.

*1994 was abated back to Plaintiff 10-17-94 See Ex C(1)*

(21) Then every consecutive year thereafter, defendants alleged deficiencies against the Plaintiffs for 1995, 1996, 1997, 1998, 1999, 2000, 2001 and 2002. They waited 7 years Before notifying the Plaintiffs of any Tax deficiencies against them..

(22) Defendant's first Lien against Plaintiffs was placed in 2001 against 1994.

Defendant second lien against 1994 was placed in 2003, although the tax balance alleged was abated back to the Plaintiff, August 04, 1994.and they had kept the refund for that year in the amount of $2,495 plus added frivolous interest and penalties.    Ex(C)

(23) Defendants first Lien against "1995"and plaintiff's was placed in 2003 and their Second Lien for 1995 and plaintiffs was placed in September of 2004 and they withheld the Tax refund for 1995 of $4,121.00, also..    See Ex(C)

(24) Their first Lien for 1996 against plaintiffs was placed in "2003 and their second Levy against 1996 was placed against plaintiffs in 2004 and defendants kept the Tax refund for the year 1996 in the amount of $2,2120.00    Ex C

(25) Plaintiff's total Tax refund for 1997 was $3,731.00 and a prior year refund for $3,160 for a total of $6,891.00 defendants withheld the alleged deficiency against 1997 was not assessed until 2002, they added frivolous interests and penalties to create a Tax Balance for "1997"..

(26) Defendant charged 5 years of frivolous interest and penalties to create a tax

Balance for 1997 in the amount of $ 8, 180. then placed a Lien against their create tax balances

(27) The two (2) notices for attachments against the Plaintiffs came from the Social Security Administration. .January 2001, and August 2003 the Offset amount was taken out from the Department of the Treasury, and the off set for <u>1994, AND 1996</u> was paid off **OCTOBER 16, 2002  THE OFFSET FOR "2001" WAS PAID OFF MAY  03. 2004.**

The Social Security Administration notice of August 03, 2003 stated <u>$753.40 </u>would be taken from the Plaintiff's $ 1,401.00 social security checks  They took this out for three years ALTHOUGH THEY WERE ALREADY WITHHOLDING  $121.28  AND 210.45

See Ex  D, F, G

Defendants were withholding $54,015 .00 when they levied the Plaintiff , August 03, 2003  for $15, 387.00 of this amount $6,938.00 was in interest for 1994, 1995, and 1996.

**JUNE: 09, 2004;** Plaintiffs filed a Petition with the United States Tax Court, after receiving a "NOTICE OF DEFICIENCY" IN THE AMOUNT OF  $1,660.00 <u>for 2001, ONLY.</u>   The "Notice" of Deficiency was <u>sent after the off had been paid for "2001"</u>

Defendants, <u>did not answer</u> to the petition.  Eleven months later defendants filed motion to <u>Strike for the years Plaintiffs had entered for re-determination of Lien and Levies against them.</u>

ALL the years were  stricken except for "2001".


Defendants had all the yeas stricken whereas, they had used  an  alias address.


**September,    2006  the Defendants presented to the Court "THEIR" Computation**

**for entry of decision in which they had   chosen ("7" ) seven figures as Plaintiff's**

**payments that added up the Total Payment as $2,430.25, against "2001.**

See  Ex. (B)

**So what happens to the other (74 )  Seventy-four payments that would have brought**

**the Plaintiffs With-held amount to $90,502.21?  They were  unaccounted FOR.**

Ex    A(1-22)


**Defendants  are using a "dunning" method of accounting when one Lien or Levy**

**was Paid Off  they just initiates another as instructed on the Tax Lien for**

**September 07, 2004. they could "Re-file  up to 06/26/2012**

Ex.    E


**The Offset for "2001 " was PAID OFF in May 04, 2004  before the Lien was**

**attached  in "2004"(September 07, 2004) and after Plaintiffs, petition was filed**

Ex    G


**The Plaintiffs   for "2001' were  credited $499.25 as an over- payment**

**The Plaintiffs over-payment should have been more than $90,502.21**


**What Legal Standard Would Have made the of September 2004, or any of the Liens**

**Proper ?**

**The Defendants took the over-pay added interest and penalty and threatened the plaintiff with another Levy against the over-pay. The Defendants are deliberately Harassing the Plaintiffs.**

Tamela Martin is an auditor with the Internal Revenue who came to the Plaintiff's home for Mrs. Bolden, to sign paper stating that they owed $2,121.74; an earlier amount was for $2,511 and another amount quoted as Plaintiff's owing was for $1,984.00; due to the ambiguity of the situation and the duress of Mrs. Bolden, being that Mr. Bolden had just suffered a stroke, Mrs. Bolden refused to sign the papers and Ms. Martin told her she would be sorry for not signing the paper.

**The** attorney for the Defendant, Gloria B. Djuranaskovic, told Mrs. Bolden, that because she would not sign the papers to the effect they owed money that the Internal Revenue would continue to take out the payments of $753.40 monthly and they continued taking the payments, two years after the offset was Paid

Mr. Bolden during this time had suffered several strokes, and had to be put in a nursing facility,

Why would anyone have to sign papers stating they owed a debt they didn't owe? Where was the Due Process that every citizen is entitled to. Full credit or accountability to the Internal Revenue seemingly were "Mockeries"

The Defendants changed the Plaintiffs, Identity, withhold their refunds ($54, 015),

(9)

withdraw money from their social security checks ($34,079.80) and just gave them CREDIT for $2,495.00. by zeroing out SOME of the payments taken and converting all of them with a slight exception.                $x,    A (19) - A (22)

The data the Defendants used for the $2,495 was tampered and deceitful, their was a credit amount of $1,628.00 and $290.00 and 121.29 that was not counted and the judge had ruled against them using the $1,931.00 instead of the $1,660. the amount of the deficiency notice. The defendants used the record for 2002, instead of "2001". The U.S, Tax Return for 2001 was not process until "2002".                $x  B (1)

IF a correct address and Notification and proper credits had been instrumented instead of the Liens and Levy and Plaintiff would have been given a chance to defend timely, against defendants actions.

The "Notice of Deficiency" made the Plaintiffs aware that they had another avenue of pursuit against their problems with the Internal Revenue; prior to the "Notice" of June 2004, Plaintiffs had tried to resolve their problem from Internal Revenue with the Internal Revenue

1995, THERE WAS ALSO AN UNALLOWABLE TAX HOLD OF $1,700.00 AND A CREDIT FOR $2,521.00. THESE SHOULD HAVE BEEN CREDITS FOR THE PLAINTIFFS

1996, there was also a credit for the plaintiffs for $2,521.

The Defendants were very Bold, with the alleged Tax Balance for 1997; they just added interest and penalties to a Zero Tax Balance, presumably because they had gotten away with the cover-up of all the other embezzlements., and they used this Zero Tax Balance to Rob the Plaintiffs out of an additional $8, 180.00

The Liens and Levies were the Defendants instrument of choice against the Plaintiffs. And they used them as anyone would any other weapon to rob someone of their property,

The two Liens added to $23, 961. with the interest and penalties if they had been legal or proper there was No need for the Internal Revenue to take over $90.000.00, but for one to use their position to take a citizens money in the name of the United States is illegal..

EX (C) & (E)

Zeroing out the payments is embezzlement and that's illegal every act the Internal Revenue has committed against the Plaintiff is illegal and they should be made to repay the money they illegally took from the plaintiffs back to the plaintiffs, for Justice to be served.

The "Tort " has not STOPPED the Defendants; even though they are extorted more than $90,500 from the Plaintiff and took $753.00 monthly for 2 years past their offset being PAID-OFF, they as of June, 07 attached the Plaintiffs with another Levy.

There is no one else to put an end to this malice but this Court the Defendant are still taking money from the Plaintiffs social security checks

Defendants had the years stricken, whereas, they had used an alias address for the
Plaintiffs stating that no statutory notice of deficiency as authorized by I.R.C. 6212 and
required by I.R.C. 6213 was sent to the petitioners for the taxable year 1996, 1997,
1998 1999 2000 2002. therefore, Plaintiffs could not proceed in the United States Tax
Court

The Plaintiff were not statutorily qualified to proceed against the defendants in the United
States Tax Court because the requirements were not met, So how could the Defendants
proceed with the Liens and levies against the Plaintiff that reduced their social securities
amount by 50% be allowed. ($753.40 from $1,401.00)

The United States Tax Court was not equipped to "Protect the Plaintiff's Privileges
secured by the Federal Constitution due to the ambiguities and deceit of the defendants.
Defendants in the United States Tax Court filed 2 two Supplements to their Motions and
never revealed to the Tax Court, Plaintiff's off-sets had been Paid off since, May 04,
2004. Defendants opted to deceive the Court and to Dun with the use of the "Lien" for
2001 an additional $36,000.00 from the Plaintiff.

They never gave an accounting for the money they were in possession of nor did they
credit the money to the Plaintiff's account if they had there never would have been a
Tax Balance.

The Plaintiff never owed the Defendants but they paid dearly,   Mr. Bolden  will <u>never be</u>
<u>able to care for</u> himself  he  will have to be taken care of  daily for the rest of his life.
Initially the Defendants acts could have been conceived as <u>boggled accounting method</u>
but further analysis gave way to hints and taints of Fraud and  deliberate Tort.

 A deliberate Tort is even more malicious for it includes not only personal harm but also,
the <u>wrongful detention, disposition or damaging of Plaintiff's  property for the enactment</u>
<u>of a crime against them that violated the Plaintiff's Constitutional Rights.</u>

A Lien, by definition, is a claim on property for payment of a debt.  <u>Legal requirement</u>
<u>must be met before a "Notice of levy" can be valid.  The  legal requirement were not met.</u>

 <u>Accordingly before property can be confiscated it must be in accordance with a Legal</u>
<u>judgment.  " any person who mistakenly surrenders to the United States property or rights</u>
<u>to property not properly subject to Levying is not relieved from liability to a third party</u>
<u>who owns the property.</u>

<u>The money the Defendants were holding would have covered any alleged deficits</u>
<u>The plaintiffs never owed the defendants.</u>

<u>The illegal conversion of property:</u> can also lead to criminal charges.  It's
understandable how  illegal conversion can lead to criminal charges.  A Lien" is more
than just a piece of paper, it's a devastation to one's character, a slander it prevent you
from owning anything it's against your credit, it against your Life,   It can Harass you

beyond a point of endurance, especially when you had no obligations to the  debts and
especially when you had to PAY the debts  THREE  TIMES  just for a minimal relief.

These "Lien" and Levies" that Defendants posted for the world to see, had nothing to do
with any deficits or deficiencies, it was nothing more than someone's else's Greed and it
was orchestrated  in the name of the United States though <u>employees</u> of the UNITED
STATES, WHO HAS FULL ACCESS TO ALL OF EVERY ONE'S INFORMATION

THEY HAVE THE POWER AND ACCESS TO INFORMATION TO CHANGE  AN
IDENTITY AND ATTACH LIENS AND LEVIES AGAINST  CITIZEN WITHOUT
REASON, SUBTANCE OR CAUSE.

The individual employees involved jointly and severally are liable for all actual
consequential and exemplary damages, which has arisen under <u>26 CFR 301 6332  1cc.</u>

241 of 18 U.S.C.S. includes presumably all of the Constitution and laws of the United
States.<u>United States v  Price 383 US 787, 16 L ed 2 267, 88S. CT. 1132</u>
This language includes rights or privileges protect by the<u>14th Amendment and</u>
<u>whatever the otherwise within the scope of the participated in by OFFICIAL ALONE OR</u>
<u>IN COLLABORATION WITH PRIVATE PERSONS.   383  u.s. 787, 16 led 26788 s.</u>
<u>Ct. 1132  ultimate coverage of the section may be extended to conspiracies.</u>

Senior citizens are easy <u>pry</u> especially when they are dis-able   because of their frailty
Or they cannot afford the proper Defense of the magnitude needed to defend against

professional as powerful as the Internal Revenue.

Plaintiffs does not believe, that the United States under it's Constitution meant for _any_ citizen to be taken advantage of by the use of it's name.

Plaintiffs, belief is that they should have been given credit for the money, the Internal Revenue took from them, whether it was in the form of Money, Refunds, Abatements, Credits, or Over-pays all forms of payments should have been accounted for and to the Plaintiffs, that was the Plaintiff's..

Plaintiffs also feel that the alias address the Defendants used was an enactment in furtherance of the embezzlement to fraudulently convey the Plaintiff's property, as the address was changed internally and not externally, being that the Internal Revenue changed the Plaintiff's address for 8 years and during that time large amount of money had accumulated perhaps that address was used more than to deny the Plaintiffs, proper notice to defend but as a go between to intercept the monies that has not been account for.

The Defendants could have avoided all the needless suffering they caused; if they had looked into the initial complaints of the Plaintiffs about _their_ U.S. Tax Refunds not being received.

These Defendants are powerful , but this Court has the "Power" to Re-Direct their Mis-Governed Powers

.

Therefore; Plaintiffs prays this Honorable Court preserves all rights for the Plaintiffs and to hold all the employee within these transactions in question responsible. Jointly and severally liable and to enter orders for damages:

(1) for actual damages    $ 90,500

(2) consequential and    $ 36,500

(3) exemplary incurred by the Plaintiffs, Lennel Bolden and Geraldine Bolden    $24,000

(4) Cease and Desist against the Defendants

(5) or whatever this Court deems to be Fair and Just.


I, We, declare under penalty of perjury that the above information is true and correct

_Lennel Bolden_
Lennel Bolden

_Geraldine Bolden_
Geraldine Bolden


Lennel Bolden

Geraldine Bolden

513 W. Bellarmine Dr.

Joliet, Il 60436   Will County

(815)  744 - 6816

OMB No. 1545-1504

Department of the Treasury – Internal Revenue Service

## Application for Taxpayer Assistance Order (ATAO)

Form **911**
(Rev. 3-2000)

| Section I. | Taxpayer Information | |
|---|---|---|

| 1. Name(s) as shown on tax return **Lennel and Geraldine Bolden** | 4. Your Social Security Number **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** | 6. Tax Form(s) **1040** |
|---|---|---|
| | 5. Social Security No. of Spouse **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** | 7. Tax Period(s) **1986 - 2001** |
| 2. Current mailing address (Number, Street & Apartment Number) **P.O. Box 12** | 8. Employer Identification Number (if applicable) **na** | |
| | 9. E-Mail address | |
| 3. City, Town or Post Office, State and ZIP Code **Bellwood, IL  60104** | 10. Fax number | |
| 11. Person to contact **Geraldine Bolden** | 12. Daytime telephone number **815 723-4088** | 13. Best time to call **mornings (after 8:00 a.m.)** |

**14.** Please describe the problem and the significant hardship it is creating. *(If more space is needed, attach additional sheets.)*

Since 1986, refunds have been taken from their jointly filed tax returns and they have not been given credit for it anywhere.  She has made several attempts to resolve this matter through phone calls to Dept of Treasury and the IRS with no success.  50% of her social security is being withheld and she does not understand why.  I explained to her there was a balance due going back to 1994.

**15.** Please describe the relief you are requesting. *(If more space is needed, attach additional sheets.)*

Explain why balance exists and where the money is being applied.

I understand that Taxpayer Advocate employees may contact third parties in order to respond to this request and I authorize such contacts to be made. Further, by authorizing the Taxpayer Advocate Service to contact third parties, I understand that I will not receive notice, pursuant to section 7602(c) of the Internal Revenue Code, of third parties contacted in connection with this request.

| 16. Signature of taxpayer or corporate officer *Geraldine Bolden* | 17. Date *10/29/03* | 18. Signature of spouse *Lennel Bolden (incapacitated)* | 19. Date *10/29/03* |
|---|---|---|---|

| Section II. | Representative Information (if applicable) | |
|---|---|---|

| 1. Name of Authorized Representative | 3. Centralized Authorization File Number (CAF) |
|---|---|
| 2. Mailing Address | 4. Daytime telephone number |
| | 5. Fax number |
| 6. Signature of Representative | 7. Date |

Cat. No. 16965S

Form **911** (Rev. 3-2000)

A

100015968539

This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 1986

TAXPAYER IDENTIFICATION NUMBER:          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

LENNEL & GERALDINE BOLDEN
GERALDINE BOLDEN

Any minus sign shown below signifies a credit amount.

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Jun. 09, 1997 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jun. 09, 1997 |

ACCOUNT BALANCE
PLUS ACCRUALS:          0.00

| | | | |
|---|---|---|---|
| ** EXEMPTIONS: | 09 | ** FILING STATUS: Married Filing Joint | |
| ** ADJUSTED GROSS INCOME: | 31,585.00 | | |
| ** TAXABLE INCOME: | 6,590.00 | | |
| TAX PER RETURN: | 313.00 | | |
| ** SE TAXABLE INCOME TAXPAYER: | 0.00 | | |
| ** SE TAXABLE INCOME SPOUSE: | 480.00 | | |
| ** TOTAL SELF EMPLOYMENT TAX: | 59.00 | | |

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 15, 1987

PROCESSING DATE: Apr. 20, 1987

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 39221-073-05115-7 | 19871408 | 04-20-1987 | $313.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1987 | -$3,456.00 |
| 846 | REFUND | | 04-20-1987 | $3,143.00 |
| 640 | ADVANCE PAYMENT OF DEFICIENCY | | 07-28-1989 | -$100.00 |
| 640 | ADVANCE PAYMENT OF DEFICIENCY | | 10-18-1989 | -$50.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1987 | -$315.00 |
| 290 | ADDITIONAL TAX ASSESSED 09254-740-65098-9 | 19895108 | 01-01-1990 | $72.00 |
| 896 | OVERPAYMENT CREDIT OFFSET | | 01-01-1990 | $393.00 |

This Product Contains Sensitive Taxpayer Data

A-(1)

100015968539

This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

### Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 1988

TAXPAYER IDENTIFICATION NUMBER:          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

LENNEL BOLDEN

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: Sep. 10, 1990
ACCRUED PENALTY:          0.00          AS OF: Sep. 10, 1990

ACCOUNT BALANCE
PLUS ACCRUALS:            0.00

** EXEMPTIONS:            07          ** FILING STATUS: Head of Household
** ADJUSTED GROSS
   INCOME:               -2,410.00
** TAXABLE INCOME:        0.00
   TAX PER RETURN:        0.00
** SE TAXABLE INCOME
   TAXPAYER:              0.00
** SE TAXABLE INCOME
   SPOUSE:                0.00
** TOTAL SELF
   EMPLOYMENT TAX:        0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Jan. 05, 1990

PROCESSING DATE: May 21, 1990

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED 09211-013-02723-0 | 19901908 | 05-21-1990 | $0.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1989 | -$1,963.00 |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 08-15-1989 | | 04-15-1989 | $0.00 |
| 896 | OVERPAYMENT CREDIT OFFSET | | 05-21-1990 | $1,963.00 |

This Product Contains Sensitive Taxpayer Data

A (2)

100015968539

## This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

### Account Transcript

FORM NUMBER: 1040            TAX PERIOD: Dec. 31, 1989

TAXPAYER IDENTIFICATION NUMBER:            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

LEMEL BOLDEN

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:            0.00
ACCRUED INTEREST:           0.00            AS OF: Apr. 20, 1992
ACCRUED PENALTY:            0.00            AS OF: Apr. 20, 1992

ACCOUNT BALANCE
PLUS ACCRUALS:              0.00

** EXEMPTIONS:              07            ** FILING STATUS: Head of Household
** ADJUSTED GROSS
   INCOME:                  21,626.00
** TAXABLE INCOME:          0.00
   TAX PER RETURN:          0.00
** SE TAXABLE INCOME
   TAXPAYER:                0.00
** SE TAXABLE INCOME
   SPOUSE:                  0.00
** TOTAL SELF
   EMPLOYMENT TAX:          0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): May  09, 1991

PROCESSING DATE: Jun. 10, 1991

| | TRANSACTIONS | | | |
|------|-----------------------------|----------|------------|-----------|
| CODE | EXPLANATION OF TRANSACTION  | CYCLE    | DATE       | AMOUNT    |
| 150  | RETURN FILED AND TAX ASSESSED | 19912208 | 06-10-1991 | $0.00 |
|      | 09211-131-10709-1 | | | |
| 806  | WITHHOLDING CREDIT | | 04-15-1990 | -$2,463.00 |
| 896  | OVERPAYMENT CREDIT OFFSET | | 06-10-1991 | $2,463.00 |
| 290  | ADDITIONAL TAX ASSESSED | 19914008 | 10-14-1991 | $0.00 |
|      | 09254-662-15889-1 | | | |

This Product Contains Sensitive Taxpayer Data

A (3)

100015968539

This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

## Account Transcript

FORM NUMBER: 1040                    TAX PERIOD: Dec. 31, 1990

TAXPAYER IDENTIFICATION NUMBER:                    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

LENNEL BOLDEN

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:           0.00
ACCRUED INTEREST:          0.00            AS OF: Apr. 20, 1992
ACCRUED PENALTY:           0.00            AS OF: Apr. 20, 1992

ACCOUNT BALANCE
PLUS ACCRUALS:             0.00

** EXEMPTIONS:             07             ** FILING STATUS: Head of Household
** ADJUSTED GROSS
   INCOME:                 22,556.00
** TAXABLE INCOME:         3,456.00
   TAX PER RETURN:         521.00
** SE TAXABLE INCOME
   TAXPAYER:               0.00
** SE TAXABLE INCOME
   SPOUSE:                 0.00
** TOTAL SELF
   EMPLOYMENT TAX:         0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 15, 1991

PROCESSING DATE: May 27, 1991

| | TRANSACTIONS | | | |
| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED<br>09221-122-36366-1 | 19912008 | 05-27-1991 | $521.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1991 | -$2,461.00 |
| 896 | OVERPAYMENT CREDIT OFFSET | | 05-27-1991 | $1,940.00 |

This Product Contains Sensitive Taxpayer Data

A (4)

100015968539

This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

## Account Transcript

FORM NUMBER: 1040A        TAX PERIOD: Dec. 31, 1991

TAXPAYER IDENTIFICATION NUMBER:        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

LENNEL & GERALDINE BOLDEN
GERALDINE BOLDEN

Any minus sign shown below signifies a credit amount.

13285

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Dec. 22, 1997 |
| ACCRUED PENALTY: | 0.00 | AS OF: Dec. 22, 1997 |

ACCOUNT BALANCE
PLUS ACCRUALS:        0.00

| | | |
|---|---|---|
| ** EXEMPTIONS: | 08 | ** FILING STATUS: Married Filing Joint |
| ** ADJUSTED GROSS INCOME: | 23,981.00 | |
| ** TAXABLE INCOME: | 1,081.00 | |
| TAX PER RETURN: | 0.00 | |
| ** SE TAXABLE INCOME TAXPAYER: | 0.00 | |
| ** SE TAXABLE INCOME SPOUSE: | 0.00 | |
| ** TOTAL SELF EMPLOYMENT TAX: | 0.00 | |

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Nov. 29, 1993

PROCESSING DATE: Jan. 03, 1994

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | SUBSTITUTE FOR RETURN 09210-331-01336-3 | | 01-03-1994 | $0.00 |
| 173 | ESTIMATED TAX PENALTY | 19943008 | 08-08-1994 | $361.80 |
| 806 | WITHHOLDING CREDIT | | 04-15-1992 | -$2,647.00 |
| 290 | ADDITIONAL TAX ASSESSED 09254-600-64020-4 | 19943008 | 08-08-1994 | $9,233.00 |
| 166 | LATE FILING PENALTY | 19943008 | 08-08-1994 | $1,646.50 |
| 196 | INTEREST ASSESSED | 19943008 | 08-08-1994 | $1,501.73 |
| 706 | OVERPAID CREDIT APPLIED 1040 199312 | | 04-15-1994 | -$1,885.00 |
| 197 | INTEREST ABATED | | 08-22-1994 | -$18.99 |
| 171 | ESTIMATED TAX PENALTY ABATED | | 08-08-1994 | -$361.80 |
| 291 | PRIOR TAX ABATED 09254-670-64313-4 | | 10-17-1994 | -$9,070.00 |
| 701 | OVERPAID CREDIT REVERSED 1040 199312 | | 04-15-1994 | $1,855.00 |

A (5)

100015968539

| 167 | LATE FILING PENALTY ABATED | | 10-17-1994 | -$1,646.50 |
|-----|----------------------------|---|------------|------------|
| 197 | INTEREST ABATED | | 10-17-1994 | -$1,482.74 |
| 896 | OVERPAYMENT CREDIT OFFSET | | 10-17-1994 | $2,514.00 |
| 290 | ADDITIONAL TAX ASSESSED<br>09254-698-15358-4 | 19944408 | 11-14-1994 | $0.00 |

This Product Contains Sensitive Taxpayer Data

100015968539

This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

Account Transcript

FORM NUMBER: 1040A          TAX PERIOD: Dec. 31, 1992

TAXPAYER IDENTIFICATION NUMBER:          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

LENNEL & GERALDINE BOLDEN
GERALDINE BOLDEN

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: Dec. 26, 1994
ACCRUED PENALTY:          0.00          AS OF: Dec. 26, 1994

ACCOUNT BALANCE
PLUS ACCRUALS:            0.00

** EXEMPTIONS:            08            ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:               23,739.00
** TAXABLE INCOME:        0.00
   TAX PER RETURN:        0.00
** SE TAXABLE INCOME
   TAXPAYER:              0.00
** SE TAXABLE INCOME
   SPOUSE:                0.00
** TOTAL SELF
   EMPLOYMENT TAX:        0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): May  30, 1994

PROCESSING DATE: Jun. 27, 1994

| | TRANSACTIONS | | | |
|---|---|---|---|---|
| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| 150 | SUBSTITUTE FOR RETURN 09210-148-02212-4 | | 06-27-1994 | $0.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1993 | -$2,660.00 |
| 290 | ADDITIONAL TAX ASSESSED 09254-670-64323-4 | 19944008 | 10-17-1994 | $0.00 |
| 896 | OVERPAYMENT CREDIT OFFSET | | 10-17-1994 | $2,660.00 |

This Product Contains Sensitive Taxpayer Data

A (6)

100015968539

This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 1993

TAXPAYER IDENTIFICATION NUMBER:          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

LENNEL & GERALDINE BOLDEN
GERALDINE BOLDEN

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: Jun. 24, 1996
ACCRUED PENALTY:          0.00          AS OF: Jun. 24, 1996

ACCOUNT BALANCE
PLUS ACCRUALS:            0.00

** EXEMPTIONS:            08          ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:                29,729.00
** TAXABLE INCOME:        4,729.00
   TAX PER RETURN:        0.00
** SE TAXABLE INCOME
   TAXPAYER:              0.00
** SE TAXABLE INCOME
   SPOUSE:                0.00
** TOTAL SELF
   EMPLOYMENT TAX:        0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 15, 1994

PROCESSING DATE: Aug. 22, 1994

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED | 19943208 | 08-22-1994 | $709.00 |
|     | 09221-121-96261-4 | | | |
| 806 | WITHHOLDING CREDIT | | 04-15-1994 | -$2,594.00 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED | | 04-15-1994 | $1,885.00 |
|     | 1040 199112 | | | |
| 821 | CREDIT TRANSFER REVERSED | | 04-15-1994 | -$1,855.00 |
|     | 1040 199112 | | | |
| 896 | OVERPAYMENT CREDIT OFFSET | | 10-17-1994 | $1,855.00 |
| 421 | RENUMBERED RETURN | | 12-27-1995 | $0.00 |
|     | 09247-763-60392-5 | | | |

This Product Contains Sensitive Taxpayer Data

100015968539

This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

## Account Transcript

FORM NUMBER: 1040              TAX PERIOD: Dec. 31, 1994

TAXPAYER IDENTIFICATION NUMBER:              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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:       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

LENNEL & GERALDINE BOLDEN

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         -0.25          AS OF: Jun. 25, 2007
ACCRUED PENALTY:          0.00           AS OF: Jun. 25, 2007

ACCOUNT BALANCE
PLUS ACCRUALS:            -0.25

** EXEMPTIONS:            06              ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:                52,929.00
** TAXABLE INCOME:        31,879.00
   TAX PER RETURN:        0.00
** SE TAXABLE INCOME
   TAXPAYER:              0.00
** SE TAXABLE INCOME
   SPOUSE:                0.00
** TOTAL SELF
   EMPLOYMENT TAX:        0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Jan. 24, 1997

PROCESSING DATE: May 26, 1997

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED 09221-032-37019-7 | 19972008 | 05-26-1997 | $0.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1995 | -$2,495.00 |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 08-15-1995 | | 04-15-1995 | $0.00 |
| 576 | UNALLOWABLE TAX HOLD | | 05-26-1997 | $2,495.00 |
| 160 | LATE FILING PENALTY | 19981808 | 05-18-1998 | $571.50 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION 09247-514-00086-8 | 19981808 | 05-18-1998 | $4,781.00 |
| 577 | UNALLOWABLE TAX HOLD REVERSED | | 05-26-1997 | -$2,495.00 |
| 421 | RENUMBERED RETURN 09247-514-00086-8 | | 05-18-1998 | $0.00 |
| 336 | INTEREST ASSESSED | 19981808 | 05-18-1998 | $885.86 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 04-27-2000 | $0.00 |

A (8)

100015968539

| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | 05-17-2000 | $0.00 |
|------|------|------|------|------|
| 670 | SUBSEQUENT PAYMENT | | 09-08-2003 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 10-09-2003 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 11-09-2003 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 12-07-2003 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 01-09-2004 | -$753.40 |
| 276 | FAILURE TO PAY TAX PENALTY | 20040408 | 02-09-2004 | $23.64 |
| 670 | SUBSEQUENT PAYMENT | | 02-08-2004 | -$753.40 |
| 196 | INTEREST ASSESSED | 20040708 | 03-01-2004 | $205.54 |
| 276 | FAILURE TO PAY TAX PENALTY | 20040708 | 03-01-2004 | $547.86 |
| 670 | SUBSEQUENT PAYMENT | | 03-07-2004 | -$753.40 |
| 196 | INTEREST ASSESSED | 20041108 | 03-29-2004 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | | 04-15-2004 | -$753.40 |
| 196 | INTEREST ASSESSED | 20041608 | 05-03-2004 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | | 05-09-2004 | -$120.52 |
| 196 | INTEREST ASSESSED | 20042008 | 05-31-2004 | $120.52 |

This Product Contains Sensitive Taxpayer Data

100015968539
This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 1995

TAXPAYER IDENTIFICATION NUMBER:          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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   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

LENNEL & GERALDINE A BOLDEN

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:        -0.01          AS OF: Jun. 25, 2007
ACCRUED PENALTY:          0.00          AS OF: Jun. 25, 2007

ACCOUNT BALANCE
PLUS ACCRUALS:           -0.01

** EXEMPTIONS:            06            ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:           60,033.00
** TAXABLE INCOME:    38,483.00
   TAX PER RETURN:        0.00
** SE TAXABLE INCOME
   TAXPAYER:              0.00
** SE TAXABLE INCOME
   SPOUSE:                0.00
** TOTAL SELF
   EMPLOYMENT TAX:        0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Jan. 24, 1997

PROCESSING DATE: May 05, 1997

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED<br>09221-032-37018-7 | 19971708 | 05-05-1997 | $821.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1996 | -$2,521.00 |
| 576 | UNALLOWABLE TAX HOLD | | 05-05-1997 | $1,700.00 |
| 300 | ADDITIONAL TAX ASSESSED BY<br>EXAMINATION<br>09247-518-00107-8 | 19981808 | 05-18-1998 | $4,950.00 |
| 577 | UNALLOWABLE TAX HOLD REVERSED | | 05-05-1997 | -$1,700.00 |
| 421 | RENUMBERED RETURN<br>09247-518-00107-8 | | 05-18-1998 | $0.00 |
| 340 | RESTRICTED INTEREST ASSESSED | 19982608 | 07-13-1998 | $688.79 |
| 290 | ADDITIONAL TAX ASSESSED<br>09254-573-15008-8 | 19982608 | 07-13-1998 | $0.00 |
| 340 | RESTRICTED INTEREST ASSESSED | 19983108 | 08-17-1998 | $30.33 |
| 290 | ADDITIONAL TAX ASSESSED<br>09254-608-05000-8 | 19983108 | 08-17-1998 | $0.00 |

A  (9)

100015968539

| Code | Description | | Date | Amount |
|------|-------------|---|------|--------|
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE<br>LEVY NOTICE ISSUED | | 04-27-2000 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE<br>COLL DUE PROCESS NOTICE REFUSED/UNCL AIMED | | 05-17-2000 | $0.00 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199812 | | 04-15-1999 | -$303.00 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 200012 | | 04-15-2001 | -$206.00 |
| 670 | SUBSEQUENT PAYMENT | | 05-09-2004 | -$632.88 |
| 670 | SUBSEQUENT PAYMENT | | 06-07-2004 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 07-09-2004 | -$753.40 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 200212 | | 04-15-2003 | -$63.00 |
| 670 | SUBSEQUENT PAYMENT | | 08-09-2004 | -$753.40 |
| 582 | FEDERAL TAX LIEN | | 09-10-2004 | $0.00 |
| 670 | SUBSEQUENT PAYMENT | | 09-07-2004 | -$753.40 |
| 276 | FAILURE TO PAY TAX PENALTY | 20043808 | 10-04-2004 | $249.36 |
| 670 | SUBSEQUENT PAYMENT | | 10-08-2004 | -$753.40 |
| 196 | INTEREST ASSESSED | 20044208 | 11-01-2004 | $235.71 |
| 276 | FAILURE TO PAY TAX PENALTY | 20044208 | 11-01-2004 | $517.69 |
| 670 | SUBSEQUENT PAYMENT | | 11-08-2004 | -$753.40 |
| 196 | INTEREST ASSESSED | 20044608 | 11-29-2004 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | | 12-09-2004 | -$753.40 |
| 196 | INTEREST ASSESSED | 20045108 | 01-03-2005 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | | 02-06-2005 | -$107.14 |
| 196 | INTEREST ASSESSED | 20050808 | 03-07-2005 | $107.14 |

This Product Contains Sensitive Taxpayer Data

100015968539
This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

## Account Transcript

FORM NUMBER: 1040            TAX PERIOD: Dec. 31, 1996

TAXPAYER IDENTIFICATION NUMBER:            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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:     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

LENNEL & GERALDINE A BOLDEN

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:        0.00
ACCRUED INTEREST:       14.51            AS OF: Jun. 25, 2007
ACCRUED PENALTY:        0.00             AS OF: Jun. 25, 2007

ACCOUNT BALANCE
PLUS ACCRUALS:          14.51

** EXEMPTIONS:          06               ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:              52,301.00
** TAXABLE INCOME:      32,851.00
   TAX PER RETURN:      0.00
** SE TAXABLE INCOME
   TAXPAYER:            0.00
** SE TAXABLE INCOME
   SPOUSE:              0.00
** TOTAL SELF
   EMPLOYMENT TAX:      0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 15, 1997

PROCESSING DATE: Sep. 29, 1997

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED 09221-151-30114-7 | 19973808 | 09-29-1997 | $4,931.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1997 | -$2,120.00 |
| 196 | INTEREST ASSESSED | 19973808 | 09-29-1997 | $118.15 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 04-27-2000 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCL AIMED | | 03-21-2000 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCL AIMED | | 05-17-2000 | $0.00 |
| 670 | SUBSEQUENT PAYMENT | | 02-20-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT | | 03-20-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT | | 04-17-2002 | -$210.45 |

10

100015968539

| 670 | SUBSEQUENT PAYMENT | | 05-15-2002 | -$210.45 |
|---|---|---|---|---|
| 670 | SUBSEQUENT PAYMENT | | 06-19-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT | | 08-21-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT | | 09-18-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT | | 10-16-2002 | -$210.45 |
| 582 | FEDERAL TAX LIEN | | 09-10-2004 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | | 10-04-2004 | $22.00 |
| 670 | SUBSEQUENT PAYMENT | | 01-09-2005 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 02-06-2005 | -$646.26 |
| 276 | FAILURE TO PAY TAX PENALTY | 20050808 | 03-07-2005 | $132.11 |
| 670 | SUBSEQUENT PAYMENT | | 03-07-2005 | -$753.40 |
| 196 | INTEREST ASSESSED | 20051108 | 03-28-2005 | $182.76 |
| 276 | FAILURE TO PAY TAX PENALTY | 20051108 | 03-28-2005 | $570.64 |
| 670 | SUBSEQUENT PAYMENT | | 04-07-2005 | -$753.40 |
| 196 | INTEREST ASSESSED | 20051508 | 04-25-2005 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | | 05-06-2005 | -$753.40 |
| 196 | INTEREST ASSESSED | 20051908 | 05-23-2005 | $753.40 |

This Product Contains Sensitive Taxpayer Data

100015945759
This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007

Tracking Number: 100015945759

## Account Transcript

FORM NUMBER: 1040      TAX PERIOD: Dec. 31, 1997

TAXPAYER IDENTIFICATION NUMBER:      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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:      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

LENNEL & GERALDINE BOLDEN

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:      0.00
ACCRUED INTEREST:      1,489.11      AS OF: Jun. 25, 2007
ACCRUED PENALTY:      731.53      AS OF: Jun. 25, 2007

ACCOUNT BALANCE
PLUS ACCRUALS:      2,220.64

** EXEMPTIONS:      07      ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
    INCOME:      67,053.00
** TAXABLE INCOME:      44,253.00
    TAX PER RETURN:      7,041.00
** SE TAXABLE INCOME
    TAXPAYER:      0.00
** SE TAXABLE INCOME
    SPOUSE:      0.00
** TOTAL SELF
    EMPLOYMENT TAX:      0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 23, 2002

PROCESSING DATE: Jun. 03, 2002

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED 09221-125-13819-2 | 20022108 | 06-03-2002 | $7,041.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1998 | -$3,160.00 |
| 166 | LATE FILING PENALTY * | 20022108 | 06-03-2002 | $970.25 |
| 196 | INTEREST ASSESSED * | 20022108 | 06-03-2002 | $1,861.27 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 10-13-2003 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 10-13-2003 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 09-10-2004 | $0.00 |
| 706 | OVERPAID CREDIT APPLIED 1040 199912 | | 06-09-2005 | -$656.26 |
| 670 | SUBSEQUENT PAYMENT | | 08-04-2005 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 09-06-2005 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 10-06-2005 | -$753.40 |

/|

100015945759

| 670 | SUBSEQUENT PAYMENT | | 12-05-2005 | -$753.40 |
|---|---|---|---|---|
| 670 | SUBSEQUENT PAYMENT | | 02-07-2006 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 03-05-2006 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 04-05-2006 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 05-01-2006 | -$753.40 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 200112 | | 01-06-2006 | -$267.78 |
| 276 | FAILURE TO PAY TAX PENALTY | 20071008 | 03-19-2007 | $238.72 |

This Product Contains Sensitive Taxpayer Data

100015968539
This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 1998

TAXPAYER IDENTIFICATION NUMBER:          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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   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

LENNEL & GERALDINE BOLDEN
GERALDINE BOLDEN

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:      0.00
ACCRUED INTEREST:     0.00          AS OF: Jan. 09, 2006
ACCRUED PENALTY:      0.00          AS OF: Jan. 09, 2006

ACCOUNT BALANCE
PLUS ACCRUALS:        0.00

** EXEMPTIONS:        06                ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:            7,140.00
** TAXABLE INCOME:    0.00
   TAX PER RETURN:    0.00
** SE TAXABLE INCOME
   TAXPAYER:          0.00
** SE TAXABLE INCOME
   SPOUSE:            0.00
** TOTAL SELF
   EMPLOYMENT TAX:    0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 15, 2002

PROCESSING DATE: Aug. 19, 2002

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED | 20023208 | 08-19-2002 | $0.00 |
|     | 09221-152-65319-2 | | | |
| 806 | WITHHOLDING CREDIT | | 04-15-1999 | -$303.00 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED | | 04-15-1999 | $303.00 |
|     | 1040 199512 | | | |

This Product Contains Sensitive Taxpayer Data

12

100009232848
This Product Contains Sensitive Taxpayer Data

Request Date: 09-25-2006
Response Date: 09-25-2006
IRS Employee Number: K12DB
Tracking Number: 100009232848

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 1999

TAXPAYER IDENTIFICATION NUMBER:        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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:  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

LENNEL & GERALDINE A BOLDEN
513 W BELLARMINE DR APT B
JOLIET, IL 60436-1863-742

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:        0.00
ACCRUED INTEREST:       0.00        AS OF: Jan. 09, 2006
ACCRUED PENALTY:        0.00        AS OF: Jan. 09, 2006

ACCOUNT BALANCE
PLUS ACCRUALS:          0.00

** EXEMPTIONS:          06          ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:              25,545.00
** TAXABLE INCOME:      1,845.00
   TAX PER RETURN:      0.00
** SE TAXABLE INCOME
   TAXPAYER:            0.00
** SE TAXABLE INCOME
   SPOUSE:              0.00
** TOTAL SELF
   EMPLOYMENT TAX:      0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 13, 2002

PROCESSING DATE: May 20, 2002

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED 09221-115-45441-2 | 20021908 | 05-20-2002 | $686.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-2000 | -$243.00 |
| 166 | LATE FILING PENALTY | 20021908 | 05-20-2002 | $110.75 |
| 196 | INTEREST ASSESSED | 20021908 | 05-20-2002 | $98.91 |
| 291 | PRIOR TAX ABATED 09254-596-05125-2 | | 08-05-2002 | -$410.00 |
| 167 | LATE FILING PENALTY ABATED | | 08-05-2002 | -$77.75 |
| 197 | INTEREST ABATED | | 08-05-2002 | -$86.13 |
| 276 | FAILURE TO PAY TAX PENALTY | 20023008 | 08-05-2002 | $0.33 |
| 670 | SUBSEQUENT PAYMENT | | 06-09-2005 | -$753.40 |
| 196 | INTEREST ASSESSED | 20052508 | 07-04-2005 | $11.93 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 199712 | | 06-09-2005 | $656.26 |

100009232848

276  FAILURE TO PAY TAX PENALTY              2005250807-04-2005           $6.10

This Product Contains Sensitive Taxpayer Data

100009232848
**This Product Contains Sensitive Taxpayer Data**

Request Date: 09-25-2006
Response Date: 09-25-2006
IRS Employee Number: K12DB
Tracking Number: 100009232848

### Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2000

TAXPAYER IDENTIFICATION NUMBER:          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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:  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

LENNEL & GERALDINE A BOLDEN
513 W BELLARMINE DR APT B
JOLIET, IL60436-1863-742

Any minus sign shown below signifies a credit amount.

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Jan. 09, 2006 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jan. 09, 2006 |

ACCOUNT BALANCE
PLUS ACCRUALS:          0.00

| | | |
|---|---|---|
| ** EXEMPTIONS: | 04 | ** FILING STATUS: Married Filing Joint |
| ** ADJUSTED GROSS INCOME: | 25,572.00 | |
| ** TAXABLE INCOME: | 3,186.00 | |
| TAX PER RETURN: | 152.00 | |
| ** SE TAXABLE INCOME TAXPAYER: | 0.00 | |
| ** SE TAXABLE INCOME SPOUSE: | 0.00 | |
| ** TOTAL SELF EMPLOYMENT TAX: | 0.00 | |

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 25, 2002

PROCESSING DATE: May 27, 2002

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 09221-120-98416-2 | 2002200805 | 27-2002 | $896.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-2001 | -$682.00 |
| 166 | LATE FILING PENALTY | 2002200805 | 27-2002 | $100.00 |
| 196 | INTEREST ASSESSED | 2002200805 | 27-2002 | $24.83 |
| 291 | PRIOR TAX ABATED 09254-607-06111-2 | | 08-19-2002 | -$420.00 |
| 167 | LATE FILING PENALTY ABATED | | 08-19-2002 | -$100.00 |
| 197 | INTEREST ABATED | | 08-19-2002 | -$24.83 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 199512 | | 04-15-2001 | $206.00 |

**This Product Contains Sensitive Taxpayer Data**

14

100009232848

This Product Contains Sensitive Taxpayer Data

Request Date: 09-25-2006
Response Date: 09-25-2006
IRS Employee Number: K12DB
Tracking Number: 100009232848

## Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2004

TAXPAYER IDENTIFICATION NUMBER:          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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   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

LENNEL & GERALDINE A BOLDEN
513 W BELLARMINE DR APT B
JOLIET, IL60436-1863-742

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:        1,994.59
ACCRUED INTEREST:       21.53          AS OF: Sep. 11, 2006
ACCRUED PENALTY:        7.09           AS OF: Sep. 11, 2006

ACCOUNT BALANCE
PLUS ACCRUALS:          2,023.21

** EXEMPTIONS:          05             ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:              40,331.00
** TAXABLE INCOME:      14,181.00
   TAX PER RETURN:      1,418.00
** SE TAXABLE INCOME
   TAXPAYER:            0.00
** SE TAXABLE INCOME
   SPOUSE:              0.00
** TOTAL SELF
   EMPLOYMENT TAX:      0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 18, 2006

PROCESSING DATE: Jul. 24, 2006

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED 09221-116-78622-6 | 20062808 | 07-24-2006 | $1,418.00 |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 10-15-2005 | | 05-08-2005 | $0.00 |
| 166 | LATE FILING PENALTY | 20062808 | 07-24-2006 | $319.05 |
| 276 | FAILURE TO PAY TAX PENALTY | 20062808 | 07-24-2006 | $113.44 |
| 196 | INTEREST ASSESSED | 20062808 | 07-24-2006 | $144.10 |

This Product Contains Sensitive Taxpayer Data

A  (15)

100009232848

**This Product Contains Sensitive Taxpayer Data**

Request Date: 09-25-2006
Response Date: 09-25-2006
IRS Employee Number: K12DB
Tracking Number: 100009232848

## Account Transcript

FORM NUMBER: 1040                 TAX PERIOD: Dec. 31, 2005

TAXPAYER IDENTIFICATION NUMBER:          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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   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

LENNEL & GERALDINE A BOLDEN
513 W BELLARMINE DR APT B
JOLIET, IL 60436-1863-742

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:        1,201.49
ACCRUED INTEREST:       28.54          AS OF: Sep. 11, 2006
ACCRUED PENALTY:        29.82          AS OF: Sep. 11, 2006

ACCOUNT BALANCE
PLUS ACCRUALS:          1,259.85

** EXEMPTIONS:          04             ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:              36,721.00
** TAXABLE INCOME:      11,921.00
   TAX PER RETURN:      1,831.00
** SE TAXABLE INCOME
   TAXPAYER:            0.00
** SE TAXABLE INCOME
   SPOUSE:              0.00
** TOTAL SELF
   EMPLOYMENT TAX:      0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 15, 2006

PROCESSING DATE: May 22, 2006

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED 09221-114-91735-6 | 2006190805-22-2006 | | $1,193.00 |
| 196 | INTEREST ASSESSED | | 2006190805-22-2006 | $8.49 |

**This Product Contains Sensitive Taxpayer Data**

A ( 16)

100015968539

| | | | |
|---|---|---|---|
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | 04-27-2000 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCL AIMED | 05-17-2000 | $0.00 |
| 706 | OVERPAID CREDIT APPLIED 1040 199812 | 04-15-1999 | -$303.00 |
| 706 | OVERPAID CREDIT APPLIED 1040 200012 | 04-15-2001 | -$206.00 |
| 670 | SUBSEQUENT PAYMENT | 05-09-2004 | -$632.88 |
| 670 | SUBSEQUENT PAYMENT | 06-07-2004 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | 07-09-2004 | -$753.40 |
| 706 | OVERPAID CREDIT APPLIED 1040 200212 | 04-15-2003 | -$63.00 |
| 670 | SUBSEQUENT PAYMENT | 08-09-2004 | -$753.40 |
| 582 | FEDERAL TAX LIEN | 09-10-2004 | $0.00 |
| 670 | SUBSEQUENT PAYMENT | 09-07-2004 | -$753.40 |
| 276 | FAILURE TO PAY TAX PENALTY ✳ | 20043808 10-04-2004 | $249.36 |
| 670 | SUBSEQUENT PAYMENT | 10-08-2004 | -$753.40 |
| 196 | INTEREST ASSESSED ✳ | 20044208 11-01-2004 | $235.71 |
| 276 | FAILURE TO PAY TAX PENALTY ✳ | 20044208 11-01-2004 | $517.69 |
| 670 | SUBSEQUENT PAYMENT | 11-08-2004 | -$753.40 |
| 196 | INTEREST ASSESSED ✳ | 20044608 11-29-2004 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | 12-09-2004 | -$753.40 |
| 196 | INTEREST ASSESSED ✳ | 20045108 01-03-2005 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | 02-06-2005 | -$107.14 |
| 196 | INTEREST ASSESSED ✳ | 20050808 03-07-2005 | $107.14 |

This Product Contains Sensitive Taxpayer Data

D   17

100015968539

| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCL AIMED | | 05-17-2000 | $0.00 |
|---|---|---|---|---|
| 670 | SUBSEQUENT PAYMENT | | 09-08-2003 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 10-09-2003 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 11-09-2003 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 12-07-2003 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 01-09-2004 | -$753.40 |
| 276 | FAILURE TO PAY TAX PENALTY | 20040408 | 02-09-2004 | $23.64 |
| 670 | SUBSEQUENT PAYMENT | | 02-08-2004 | -$753.40 |
| 196 | INTEREST ASSESSED ✳ | 20040708 | 03-01-2004 | $205.54 ⎱ $753.40 |
| 276 | FAILURE TO PAY TAX PENALTY ✳ | 20040708 | 03-01-2004 | $547.86 ⎰ |
| 670 | SUBSEQUENT PAYMENT | | 03-07-2004 | -$753.40 |
| 196 | INTEREST ASSESSED ✳ | 20041108 | 03-29-2004 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | | 04-15-2004 | -$753.40 |
| 196 | INTEREST ASSESSED ✳ | 20041608 | 05-03-2004 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | | 05-09-2004 | -$120.52 |
| 196 | INTEREST ASSESSED ✳ | 20042008 | 05-31-2004 | $120.52 |

This Product Contains Sensitive Taxpayer Data

9

A (18)

| 670 | SUBSEQUENT PAYMENT | | 12-05-2005 | -$753.40 |
|-----|-------------------|--|------------|----------|
| 670 | SUBSEQUENT PAYMENT | | 02-07-2006 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 03-05-2006 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 04-05-2006 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 05-01-2006 | -$753.40 |
| 706 | OVERPAID CREDIT APPLIED 1040 200112 | | 01-06-2006 | -$267.78 |
| 276 | FAILURE TO PAY TAX PENALTY | 20071008 | 03-19-2007 | $238.72 |

This Product Contains Sensitive Taxpayer Data

A (19)

100015968539

| | | | | |
|---|---|---|---|---|
| 670 | SUBSEQUENT PAYMENT | | 05-15-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT | | 06-19-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT | | 08-21-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT | | 09-18-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT | | 10-16-2002 | -$210.45 |
| 582 | FEDERAL TAX LIEN | | 09-10-2004 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | | 10-04-2004 | $22.00 |
| 670 | SUBSEQUENT PAYMENT | | 01-09-2005 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 02-06-2005 | -$646.26 |
| 276 | FAILURE TO PAY TAX PENALTY | 20050808 | 03-07-2005 | $132.11 |
| 670 | SUBSEQUENT PAYMENT | | 03-07-2005 | -$753.40 |
| 196 | INTEREST ASSESSED | 20051108 | 03-28-2005 | $182.76 |
| 276 | FAILURE TO PAY TAX PENALTY | 20051108 | 03-28-2005 | $570.64 |
| 670 | SUBSEQUENT PAYMENT | | 04-07-2005 | -$753.40 |
| 196 | INTEREST ASSESSED | 20051508 | 04-25-2005 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | | 05-06-2005 | -$753.40 |
| 196 | INTEREST ASSESSED | 20051908 | 05-23-2005 | $753.40 |

This Product Contains Sensitive Taxpayer Data

16

A-20

CC:SB:4:CHI:GBDJURASKOVIC

IN RE:  Lennel Bolden and
        Geraldine Bolden
        Post Office Box 12
        Bellwood, IL   60104-0012

        Docket No. 9689-04-S

Income Tax
12-31-2001

| | | |
|---|---:|---:|
| Net tax assessed and paid | | $2,430.25 |
| Payments: | | |
| Withholding (statutory date) | $  63.00 | |
| March 3, 2004 | 90.70 | |
| April 2, 2004 | 121.29 | |
| May 3, 2004 | 121.29 | |
| July 8, 2005 | 527.17 | |
| November 4, 2005 | 753.40 | |
| January 6, 2006 | 753.40 | |
| Total Payments | $2,430.25 | |
| Tax Liability | | 1,931.00 |
| Overpayment in tax | | $  499.25 |
| | | ======= |

Section 6512(b)(c)(3) of the Internal Revenue Code
Return filed April 15, 2002
No claim filed
Deficiency notice mailed March 12, 2004

The details supporting the above computation are set forth on the attached pages.

Ex. B

| Form 3623<br>(Rev. April 1985) | Department of the Treasury - Internal Revenue Service<br>**Statement of Account** | Schedule Number<br><br>1 |

Name of Taxpayer
**Lennel and Geraldine Bolden**

| Kind of Tax | | Docket Number | | In Reply Refer To | | | |
|---|---|---|---|---|---|---|---|
| Income | | | 9689-04S | CC:SB:4:CHI:GBDJURASKOVIC | | | |

Tax Year Ended     12/31/2001

Tax/Addition to Tax

| | Tax | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| Revised Liability | | 1,931.00 | | | | | | |
| Assessment<br>*(tax on return)* | | 1,092.00 | | | | | | |
| Additional Assessments | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Overassessments | 8/19/2002 | 290.00 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total Assessments | | 802.00 | | | | | | |
| Increase *(Decrease)* in<br>Assessment | | 1,129.00 | | | | | | |
| Revised Liability | | 1,931.00 | | | | | | |
| Payments | w/h | 63.00 | | | | | | |
| | 3/3/2004 | 90.70 | | | | | | |
| | 4/2/2004 | 121.29 | | | | | | |
| | 5/3/2004 | 121.29 | | | | | | |
| | 7/8/2005 | 527.17 | | | | | | |
| | 11/4/2005 | 753.40 | | | | | | |
| | 1/6/2006 | 753.40 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Less Refunds or Credit | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total Payments | | 2,430.25 | | | | | | |
| Balance Due<br>*(or overpayment)* | | (499.25) | | | | | | |

| Tax Year<br>Ended | Internal Revenue<br>Code Reference | | Date<br>Return<br>Filed | Date<br>Agreement<br>Signed | Statute<br>Extended<br>To | Date<br>Deficiency<br>Notice<br>Mailed | Date<br>Claim<br>Filed | Amount<br>of<br>Claim |
|---|---|---|---|---|---|---|---|---|
| | Year | Section | | | | | | |
| 12/31/2001 | 1986 | 6512(b) ©(3) | 4/15/02 | | | 3/12/04 | | |
| | 19___ | | | | | | | |
| | 19___ | | | | | | | |

Form 3623 (Rev. 4-85)

| Form **4549** (Rev. March 2005) | Department of the Treasury-Internal Revenue Service **Income Tax Examination Changes** | | | Page __1__ of __2__ |
|---|---|---|---|---|

| Name and Address of Taxpayer | Taxpayer Identification Number 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 | | Return Form No.: 1040 |
|---|---|---|---|
| Lennel & Geraldine Bolden | Person with whom examination changes were discussed. | Name and Title: | |

| 1. **Adjustments to Income** | **Period End** 12/31/2001 | **Period End** | **Period End** |
|---|---|---|---|
| a. Pension and Annuity | 7,622.00 | | |
| b. Social Security RRB | 4,091.00 | | |
| c. Exemptions | (2,900.00) | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | 8,813.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 8,037.00 | | |
| 4. **Corrected Taxable Income** | 16,850.00 | | |
|     Tax Method | TAX TABLE | | |
|     Filing Status | Joint | | |
| 5. **Tax** | 2,531.00 | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 2,531.00 | | |
| 8. **Less**   a. Rate Reduction Credit | 600.00 | | |
|   **Credits**   b. | | | |
|           c. | | | |
|           d. | | | |
| 9. **Balance** *(Line 7 less Lines 8a through 8d)* | 1,931.00 | | |
| 10. Plus   a. | | | |
|    Other   b. | | | |
|    Taxes   c. | | | |
|          d. | | | |
| 11. Total Corrected Tax Liability *(Line 9 plus Lines 10a through 10d)* | 1,931.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 802.00 | | |
| 13. Adjustments to: a. | | | |
|               b. | | | |
|               c. | | | |
| 14. Deficiency-Increase in Tax or *(Overassessment-Decrease in Tax)* *(Line 11 less Line 12 adjusted by Lines 13a plus 13b)* | 1,129.00 | | |
| 15. Adjustments to Prepayment Credits - Increase *(Decrease)* | | | |
| 16. **Balance Due or *(Overpayment)*** - *(Line 14 adjusted by Line 15)* *(Excluding interest and penalties)* | 1,129.00 | | |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest income)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

| Form **4549** (Rev. March 2005) | Department of the Treasury-Internal Revenue Service **Income Tax Examination Changes** | | Page __2__ of __2__ |
|---|---|---|---|
| Name of Taxpayer Lennel & Geraldine Bolden | | Taxpayer Identification Number 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 | Return Form No.: 1040 |

| 17. Penalties/ Code Sections | Period End 12/31/2001 | Period End | Period End |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | | | |
| Underreporter attributable to negligence: (1981-1987) A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underreporter attributable to fraud: (1981-1987) A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underreporter attributable to Tax Motivated Transactions (TMT). The interest will accrue and be assessed at 120% of the underpayment rate in accordance with IRC §6621(c) | 0.00 | | |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or (Overpayment) Taxes - (Line 16, Page 1) | 1,129.00 | | |
| b. Penalties (Line 18) - computed to 07/13/2006 | | | |
| c. Interest (IRC § 6601) - computed to 08/12/2006 | 305.37 | | |
| d. TMT Interest - computed to 08/12/2006 (on TMT underpayment) | 0.00 | | |
| e. Amount due or (refund) - (sum of Lines a, b, c and d) | 1,434.37 | | |

Other Information:

| Examiner's Signature: Appeals | Employee ID: 31-03802 | Office: | Date: 07/13/2006 |
|---|---|---|---|

Consent to Assessment and Collection- I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the Area Director, Area Manager, Specialty Tax Program Chief, or Director of Field Operations.

| **PLEASE NOTE:** If a joint return was filed. **BOTH** taxpayers must sign | | | |
|---|---|---|---|
| Signature of Taxpayer | Date: | Signature of Taxpayer | Date: |
| By: | | Title: | Date: |

| Catalog Number 23105A | www.irs.gov | Form **4649** (Rev. 3-2005) |
|---|---|---|

| Name of Taxpayer: | Lennel & Geraldine Bolden | | 07/13/2006 |
|---|---|---|---|
| Identification Number: | 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 | Total | 7.20.00 |

## 2001 - SOCIAL SECURITY

| | |
|---|---|
| 1. Total Social Security Benefits (including RRB) | 16,443.00 |
| 2. Line 1 divided by 2 | 8,222.00 |
| 3. Adjusted Gross Income (less Taxable Social Security) plus the amount on line 2 and Tax Exempt interest | 40,181.00 |
| 4. Enter $25,000 ($32,000 if married filing joint, 0 if married filing separate and you lived with your spouse at any time during the year) | 32,000.00 |
| 5. Subtract line 4 from line 3 (not less than zero) | 8,181.00 |
| 6. Enter $9,000 ($12,000 if married filing joint, 0 if married filing separate and you lived with your spouse at any time during the year) | 12,000.00 |
| 7. Subtract line 6 from line 5 (not less than zero) | 0.00 |
| 8. Enter the smaller of line 5 or 6 | 8,181.00 |
| 9. One half of line 8 | 4,091.00 |
| 10. Enter the smaller of lines 2 and 9 | 4,091.00 |
| 11. Multiply line 7 by 85% | 0.00 |
| 12. Sum of line 10 and 11 | 4,091.00 |
| 13. Multiply line 1 by 85% | 13,977.00 |
| 14. Taxable Social Security Benefits (smaller of lines 12 and 13) | 4,091.00 |

| Name Of Taxpayer: | Lennel & Geraldine Bolden | | 07/13/2006 |
|---|---|---|---|
| Identification Number: | 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 | Total | 7.20.00 |

200112    **- Rate Reduction Credit Worksheet**

1. Taxable Income                                                                                          16,850.00

2. Enter the amount shown below for filing status                                        12,000.00
   - Single or married filing separately - $6,000
   - Head of Household - $10,000
   - Married filing jointly or qualifying widow(er) - $12,000

3. Is the amount on line 1 less than the amount on line 2                          600.00

   No -  $300 if single or married filing separately;
          $500 if head of household; $600 if married filing jointly
          or qualifying widow(er)
   Yes -  Multiply the amount on line 1 by .05

4. Amount of tax before allowable credits                                                   2,531.00

5. Total credits (not including the Rate Reduction Credit)                          0.00

6. Subtract line 5 from line 4                                                                        2,531.00

7. Smaller of line 3 or line 6                                                                          600.00

8. Amount of advanced payment received                                                    0.00

9. Rate reduction credit allowed                                                                  600.00

Name Of Taxpayer:   Lennel & Geraldine Bolden                                                    07/13/2006
Identification Number:  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                          Total                                7.20.00

## 2001   TAX YEAR INTEREST COMPUTATION

Interest computed to                                                        08/12/2006

**Total Tax Deficiency**                                                    $1,129.00

Plus Penalties*
  Failure to File / Failure to Pay - IRC 6651          $.00
  Estimated Tax Penalty - IRC 6654                     $.00
  Accuracy Related Penalty - IRC 6662                  $.00
  Accuracy Related Penalty - IRC 6662A                 $.00
  Civil Fraud - IRC 6663                               $.00
  Manually Computed Penalty                            $.00
Total Penalties                                                       $.00
Tax Deficiency and Penalties Subject to Interest                   $1,129.00

| Type | Effective Dates | Days | Rate | Interest |
|------|-----------------|------|------|----------|
| Compound | 04/15/2002--12/31/2002 | 260 | 6% | $49.30 |
| Compound | 01/01/2003--09/30/2003 | 273 | 5% | $44.90 |
| Compound | 10/01/2003--12/31/2003 | 92 | 4% | $12.39 |
| Compound | 01/01/2004--03/31/2004 | 91 | 4% | $12.35 |
| Compound | 04/01/2004--06/30/2004 | 91 | 5% | $15.61 |
| Compound | 07/01/2004--09/30/2004 | 92 | 4% | $12.77 |
| Compound | 10/01/2004--12/31/2004 | 92 | 5% | $16.14 |
| Compound | 01/01/2005--03/31/2005 | 90 | 5% | $16.03 |
| Compound | 04/01/2005--09/30/2005 | 183 | 6% | $39.96 |
| Compound | 10/01/2005--12/31/2005 | 92 | 7% | $24.00 |
| Compound | 01/01/2006--06/30/2006 | 181 | 7% | $48.47 |
| Compound | 07/01/2006--08/12/2006 | 43 | 8% | $13.45 |

Total Interest                      $305.37
Total Underpayment                $1,129.00
Total Penalties                        $.00
Total Amount Due                  $1,434.37

Interest on penalties is computed from the due date of the return (including extensions) until the date of payment.

## UNITED STATES TAX COURT

LENNEL & GERALDINE BOLDEN,           )
                                      )
                    Petitioners,      )
                                      )
          v.                          )     Docket No.   9689-04S
                                      )
COMMISSIONER OF INTERNAL REVENUE,     )
                                      )
                    Respondent.       )

### RESPONDENT'S COMPUTATION FOR ENTRY OF DECISION

The attached computation is submitted, on behalf of

respondent, in compliance with the Court's opinion determining

the issues in this case, together with a proposed decision which

is being lodged concurrently with the computation.

The computation is submitted without prejudice to

respondent's right to contest the correctness of the decision

entered herein by the Court.

                              DONALD L. KORB
                              Chief Counsel
                              Internal Revenue Service

Date:_____     By: _Gorica B. Djuraskovic_
                              GORICA B. DJURASKOVIC
                              Attorney (SB/SE)
                              Tax Court Bar No. DG0255
                              200 W. Adams Street, Suite 2300
                              Chicago, IL 60606
                              Telephone: (312) 368-8158

OF COUNSEL:
THOMAS R. THOMAS
Division Counsel
(Small Business/Self-Employed)
RICHARD A. WITKOWSKI
Area Counsel
(Small Business/Self-Employed:Area 4)
ROBERT T. LITTLE
Associate Area Counsel
(Small Business/Self-Employed)

Docket No. 9689-04S          - 2 -

Without prejudice to the right of appeal, it is agreed that the attached computation is in accordance with the opinion of the Tax Court in this case.

LENNEL BOLDEN
Petitioner
513 Bellarmine Drive Apt. B
Joliet, Illinois 60436
Telephone: (815) 744-6816

Date:_____

GERALDINE BOLDEN
Petitioner
513 Bellarmine Drive Apt. B
Joliet, Illinois 60436
Telephone: (815) 744-6816

Date:_____

Form 668-W(c)
(Rev. January 2003)

# Notice of Levy on Wages, Salary, and Other Income

Department of the Treasury — Internal Revenue Service

DATE: 07/31/2003

IRS ADDRESS:
INTERNAL REVENUE SERVICE
P.O. BOX 219236
KANSAS CITY, MO 64121-9236

TELEPHONE NUMBER    SEQNUM 01031
OF IRS OFFICE:
TOLL FREE          1-800-829-7650
WI

TO:    P

DPC06

SOCIAL SECURITY ADMINISTRATION
S E PROGRAM CNTR - ARC PROCESS CNTR
2001 TWELFTH AVE NORTH
BIRMINHAM, AL            35285

NAME AND ADDRESS OF TAXPAYER:

LENNEL & GERALDINE A BOLDEN
PO BOX 12
BELLWOOD IL 60194-0012123

IDENTIFYING NUMBER(S):  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
BOLD  B   01

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12-31-1994 | $ 3,743.36 | $ 2,329.76 | $ 6,073.12 |
| 1040 | 12-31-1995 | $ 3,460.12 | $ 2,398.33 | $ 5,858.45 |
| 1040 | 12-31-1996 | $ 1,245.55 | $ 2,210.48 | $ 3,456.03 |

Total Amount Due ▶     $    15,387.60

We figured the interest and late payment penalty to     08-28-2003

Although we have told you to pay the amount you owe, it is still not paid.

This is your copy of a Notice of Levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

This levy requires the person who received it to turn over to us: (1) your wages and salary that have been earned but not paid yet, as well as wages and salary you earn in the future until this levy is released, and (2) your other income that the person has now or is obligated to pay you. These are levied to the extent they are not exempt as explained on the back of Part 5 of this form.

If you decide to pay the amount you owe now, please **bring a guaranteed payment (cash, cashier's check, certified check, or money order)** to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

**Please see the back of Part 5 for instructions.**

Signature of Service Representative

Title **Operations Manager, Collection**

Ex "C"

*tof balance was abated to plaintiff 8-04-94*

100015968539

| 167 | LATE FILING PENALTY ABATED | | 10-17-1994 | -$1,646.50 |
| 197 | INTEREST ABATED | | 10-17-1994 | -$1,482.74 |
| 896 | OVERPAYMENT CREDIT OFFSET | | 10-17-1994 | $2,514.00 |
| 290 | ADDITIONAL TAX ASSESSED<br>09254-698-15358-4 | 19944408 | 11-14-1994 | $0.00 |

This Product Contains Sensitive Taxpayer Data

*Ex. C (1)*



**Southeastern Program**
**Service Center**
**2001 Twelfth Avenue North**
**Birmingham, Alabama 35285**

Refer To:  S2D45A8
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-A

August 14, 2003

Lennel Bolden
P O Box 12
Bellwood Il 60104

Dear Mr. Bolden::

We are writing to tell you that the Internal Revenue Service (IRS) will take $753.40 of your Social Security benefit beginning with the check dated September 3, 2003 because you owe them money. Although the Notice of Levy shows that the IRS is owed $15,387.60, the IRS tells us that this amount can change.  The IRS will continue to take the payment until the money you owe the IRS is paid.

If you need more information or have any questions, please contact your local IRS office.

Sincerely,

*Quittie C. Wilson*

Quittie C. Wilson
Assistant Regional Commissioner
Processing Center Operations

Gregory Shull
312-886-9225
X 342

Ex (D)

| Form 668 (Y)(c) | 1872 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Lien** |

| Area:<br>WAGE & INVESTMENT AREA #4<br>Lien Unit Phone:   (800) 829-7650 | Serial Number<br><br>190530904 | For Optional Use by Recording Office |
|---|---|---|

**Area:**
WAGE & INVESTMENT AREA #4
**Lien Unit Phone:**   (800) 829-7650

**Serial Number**
190530904

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**For Optional Use by Recording Office**

● This Notice of Federal Tax Lien has been filed as a matter of public record.

● IRS will continue to charge penalty and interest until you satisfy the amount you owe.

● Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.

● See the back of this page for an explanation of your Administrative Appeal rights.

**Name of Taxpayer**   LENNEL & GERALDINE A BOLDEN

**Residence**   PO BOX 12
BELLWOOD, IL 60104-0012

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1995 | 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 | 05/18/1998 | 06/17/2008 | 504.04 |
| 1040 | 12/31/1996 | 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 | 09/29/1997 | 10/29/2007 | 1245.55 |
| 1040 | 12/31/1997 | 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 | 06/03/2002 | 07/03/2012 | 6712.52 |
| 1040 | 12/31/2001 | 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 | 05/27/2002 | 06/26/2012 | 405.87 |

| Place of Filing | | |
|---|---|---|
| Recorder of Deeds<br>Cook County<br>Chicago, IL 60602 | **Total** | **8867.98** |

This notice was prepared and signed at _____CHICAGO, IL_____ , on this,

the _07th_ day of _September_____ , __2004__ .

| Signature  *Csherwood* | Title<br>ACS | |
|---|---|---|
| for DENISE BRADLEY | (800) 829-7650 | 14-00-0000 |

Ex (E)



# Offset Report as of 6-12-2007 10:01 am

| Debtor TIN: | 425742881 | | | Debt Status: | Z | Subject to Offset? | No |
|---|---|---|---|---|---|---|---|
| Debtor Name: | BOLDEN | | | Debt Type: | TX | Offset Count: | 8 |
| Agency ID: | 51 | Agency Site ID: | MC | Local: | Yes | Reversal Count: | 0 |

Agency Site Name/Address:

Internal Revenue Service
Federal Payment Levy Program
Stop 5050, Annex 5
PO Box 219236
Kansas City, MO 64121-9236

Debt Phone: 800-829-7650
State Phone:
State Coll Phone:
National Coll Phone:

| | Payment Date | Payment Amount | Offset Amount | Payee Name / Address | Agency Site Id | Payment Type | Reversal |
|---|---|---|---|---|---|---|---|
| 1 | 2/20/2002 | $1,403.00 | $210.45 | LENNEL BOLDEN P O BOX 12 BELLWOOD IL 601040012 | MC | SC | |
| 2 | 3/20/2002 | $1,403.00 | $210.45 | LENNEL BOLDEN P O BOX 12 BELLWOOD IL 601040012 | MC | SC | |
| 3 | 4/17/2002 | $1,403.00 | $210.45 | LENNEL BOLDEN P O BOX 12 BELLWOOD IL 601040012 | MC | SC | |
| 4 | 5/15/2002 | $1,403.00 | $210.45 | LENNEL BOLDEN P O BOX 12 BELLWOOD IL 601040012 | MC | SC | |
| 5 | 6/19/2002 | $1,403.00 | $210.45 | LENNEL BOLDEN P O BOX 12 BELLWOOD IL 601040012 | MC | SC | |
| 6 | 8/21/2002 | $1,403.00 | $210.45 | LENNEL BOLDEN P O BOX 12 BELLWOOD IL 601040012 | MC | SC | |
| 7 | 9/18/2002 | $1,403.00 | $210.45 | LENNEL BOLDEN P O BOX 12 BELLWOOD IL 601040012 | MC | SC | |
| 8 | 10/16/2002 | $1,403.00 | $210.45 | LENNEL BOLDEN P O BOX 12 BELLWOOD IL 601040012 | MC | SC | |

**IMPORTANT!!  PLEASE RETAIN FOR YOUR RECORDS**

Ex (F)



**DEPARTMENT OF THE TREASURY**
**FINANCIAL MANAGEMENT SERVICE**
**P. O. BOX 1686**
**BIRMINGHAM, AL 35201-1686**
June 12, 2007

SSN: 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

Lennel Bolden
513 Bellarmine Drive (W), Unit B
Joliet, IL  60436

Dear Lennel Bolden:

The attached document(s) are in response to your request for information about offsets processed through the Treasury Offset Program.

If you need information about tax refund offsets that occurred prior to January 1999, you must contact the Internal Revenue Service. Their nationwide toll-free number is 1-800-829-1040.

The sample below will help you read the attached. If you need assistance, please call 1-800-304-3107.





## Offset Report as of

| | | |
|---|---|---|
| **Debtor TIN:** 425742881 | **Debt Status:** R | **Subject to Offset?** No |
| **Debtor Name:** BOLDEN | **Debt Type:** TX | **Offset Count:** 3 |
| **Agency ID:** 51   **Agency Site ID:** MC | **Local:** | **Reversal Count:** 0 |
| **Agency Site Name/Address:** | Yes | |
| Internal Revenue Service | **Debt Phone:** 800-829-7650 | |
| Federal Payment Levy Program | **State Phone:** | |
| Stop 5050, Annex 5 | **State Coll Phone:** | |
| PO Box 219236 | **National Coll Phone:** | |
| Kansas City, MO 64121-9236 | | |

| | Payment Date | Payment Amount | Offset Amount | Payee Name / Address | Agency Site Id | Payment Type | Reversal |
|---|---|---|---|---|---|---|---|
| 1 | 3/3/2004 | $808.60 | $121.29 | LENNEL BOLDEN P O BOX 12 BELLWOOD IL 601040012 | MC | SC | |
| 2 | 4/2/2004 | $808.60 | $121.29 | LENNEL BOLDEN P O BOX 12 BELLWOOD IL 601040012 | MC | SC | |
| 3 | 5/3/2004 | $808.60 | $121.29 | LENNEL BOLDEN P O BOX 12 BELLWOOD IL 601040012 | MC | SC | |

**IMPORTANT!!  PLEASE RETAIN FOR YOUR RECORDS**

Ex ( G )