# United States District Court for the Northern District of Illinois

Case Number: 07-cv-6787    Assigned/Issued By: JT

## FEE INFORMATION

Amount Due:  ☒ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP        ☐ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: 350—    Receipt #: 3503

Date Paid: 12-3-07    Fiscal Clerk: JT

## ISSUANCES

Type Of Issuance:
- ☒ Summons
- ☐ Alias Summons
- ☐ Third Party Summons
- ☐ Lis Pendens
- ☐ Non Wage Garnishment Summons
- ☐ Wage-Deduction Garnishment Summons
- ☐ Citation to Discover Assets
- ☐ Writ _____ (Type of Writ)

2 Original and 9 copies on 12-3-07 (Date) as to Commissioner of the Internal Revenue

Denise Bradley

DEC 03 2007 FILED
DEC 03 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

C:\wpwin80\docket\fecinfo.frm  01/01