UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LENNEL BOLDEN and<br>GERALDINE BOLDEN,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMMISSIONER OF THE INTERNAL<br>REVENUE SERVICE,<br><br>    Defendant. | ）)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.  07 C 6787<br><br>Judge Hart |

**ATTORNEY DESIGNATION**

  Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney

             By: s/Joan Laser
               JOAN LASER
               Assistant United States Attorney
               219 South Dearborn Street
               Chicago, Illinois 60604
               (312) 353-1857

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**ATTORNEY DESIGNATION**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on April 3, 2008, to the following non-ECF filers:

| | |
|---|---|
| Lennel Bolden | Geraldine Bolden |
| 513 W. Bellarmine Drive | 513 W. Bellarmine Drive |
| Joliet, Illinois 60436 | Joliet, Illinois 60436 |

By: s/Joan Laser
JOAN LASER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1857