IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LENNEL BOLDEN and<br>GERALDINE BOLDEN,<br><br>      Plaintiffs,<br><br>  v.<br><br>COMMISSIONER OF THE<br>INTERNAL REVENUE SERVICE,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 07-cv-6787<br>)<br>)  Hon. William T. Hart<br>)<br>)<br>) |

## UNITED STATES' MOTION TO DISMISS

The United States of America moves this Court to dismiss the above-captioned proceeding because the Court lacks jurisdiction to entertain the plaintiffs' claims.

A memorandum is submitted in support of this motion.

                                                    Respectfully Submitted,

                                                    PATRICK J. FITZGERALD
                                                    United States Attorney

                                                    */s/ Pamela Grewal*
                                                    PAMELA GREWAL
                                                    Trial Attorney, Tax Division
                                                    United States Department of Justice
                                                    P.O. Box 55, Ben Franklin Station
                                                    Washington, DC 20044-0055
                                                    Phone: (202) 307-6403
                                                    Fax: (202) 514-5238
                                                    E-Mail: pamela.grewal@usdoj.gov