IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LENNEL BOLDEN and GERALDINE BOLDEN, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil No. 07-cv-6787 |
| COMMISSIONER OF THE INTERNAL REVENUE SERVICE, ) ) ) | Hon. William T. Hart |
| Defendant. ) | |

NOTICE OF UNITED STATES' MOTION TO DISMISS

PLEASE TAKE NOTICE THAT on Wednesday, June 11, at 11:00 a.m., or as soon thereafter as counsel may be heard, counsel for the United States shall appear before the Honorable William T. Hart, in the courtroom usually occupied by that Judge, at 219 South Dearborn Street, Chicago, Illinois, to present the accompanying Motion to Dismiss.

Respectfully Submitted,

 /s/ Pamela Grewal
PAMELA GREWAL
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044-0055
Phone: (202) 307-6403
Fax: (202) 514-5238
E-Mail: pamela.grewal@usdoj.gov

3333667.1

CERTIFICATE OF SERVICE

       I certify that I filed the foregoing notice of motion, along with the following documents, using the Court's CM/ECF filing system:

1.     United States' Motion to Dismiss
2.     Memorandum in Support of United States' Motion to Dismiss

       I further certify that service of the same documents was made upon the following on June 9, 2008, by overnight delivery service:

                      Lennel Bolden
                      513 W. Bellarmine Drive
                      Joliet, Illinois 60436

                      Geraldine Bolden
                      513 W. Bellarmine rive
                      Joliet, Illinois 60436

                                            */s/ Pamela Grewal*
                                            PAMELA GREWAL
                                            Trial Attorney, Tax Division
                                            United States Department of Justice
                                            P.O. Box 55, Ben Franklin Station
                                            Washington, DC 20044-0055
                                            Phone: (202) 307-6403
                                            Fax: (202) 514-5238
                                            E-Mail: pamela.grewal@usdoj.gov