UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Lennel Bolden, et al.
                                               Plaintiff,
v.                                             Case No.: 1:07−cv−06787
                                               Honorable William T. Hart
Commissioner of the Internal Revenue Service
                                               Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

    MINUTE entry before the Honorable William T. Hart:Status hearing held on
6/11/2008. Briefing schedule set on defendant's motion to dismiss [10] : response due by
7/9/2008; reply due by 7/23/2008; rule by mail.Mailed notice(clw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.