UNITED STATES DISTRICT COURT
NORTHERN DISCTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**

J N

JUL X 7 2008

Jul 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| Lennel Bolden | ) | |
| | ) | |
| Geraldine Bolden | ) | Case # 07 cv 6787 |
| | ) | Judge Hart |
| Plaintiff | ) | Magistrate Mason |
| | ) | |
| V | ) | |
| Commissioner of the | ) | |
| Internal Revenue | ) | |

**Plaintiff Response to Defendants' Motion to Dismiss.**

**Plaintiff are citizens of the United States of America and as such; Under the Constitution and Subject to the <u>Jurisdiction thereof as Citizens.</u>. No Claim to be Dismissed unless, it is Clear That No Relief Could Be Granted Under any Set of Fact, That Could Be Proven Consistent with the Allegations**

**<u>Hisbon v King & Spaulding 467 U.S> 69, 73 (1984) quoting"Conley v Gibson 355 U.S. 41, 45 – 46 (1957)</u>**

Defendant (s), were not acting in a Legal Capacity, Their Were NO <u>Liability Action</u> ,

<u>that warranted "Collection."</u>  Defendants Used" the United States to Fraudulent

<u>Extort and Embezzle Plaintiff's Properties.</u>  Plaintiffs "Reserve the Right To Reclaim",

their properties from the Defendants. These were Criminal Acts that infringed on

Plaintiffs' rights, as Allotted under the Constitution Of the United States

241 OF 18 U.S.C.S. INCLUDES PRESUMELY ALL OF THE

CONSTITUTION AND LAWS OF THE UNITED STATES.

UNITED STATES V PRICE 383 US 787, 161, ED 2 267, 88 S CT, 1132

This language includes rights or privileges by the 14th amendment and whatever the

other wise within the scope of the participated in by OFFICIALS ALONE OR IN

COLLABORATION WITH PRIVATE PERSONS

383 U.S. 787, 16 l ed 267 88 S CT 1132 ultimate coverage may be extended to

conspiracies.

Plaintiffs retains the rights for Restorations of Property.   No Deficiencies were alleged

against any Audits other than "2001" and that was adjudicated as an overpayment in a

court of Law.

Plaintiffs are only "asking for "what is Rightfully Theirs.    The "Restoration of Funds, is

Only for actual dollar amounts   The Defendants can not un-do the Damages they

have done to the Plaintiff nor their Family.  Mr. Bolden; will have to be taken care of the

remainder of his, Life.

The Defendants, can't give back a husband and father who they prosecuted and

persecuted, without cause, reason or substance to a breaking point Destroying his Life so

they can Convert his properties to themselves for "unfair" gain

II.    If a stature of the United States so Provides, the court may assert jurisdiction over property.   This Court does hold jurisdiction for conspiracy against rights, if two or more persons conspire to injure, oppress, threatened or intimidate any person in any State, territory, commonwealth, Possession or District of the Free exercise or enjoyment of any right or privilege secured to him by the Constitution or Law of the United States or because of his having so exercised the same

1. **Defendant withheld, Plaintiff's property eights years before any deficits or defaults were alleged.  This withholding was written as an "Advance Payment of Deficiency"   How could you anticipate a Deficiency?  Especially since one had** *NONE* **never  occurred Previously.**    Ex A(1)

Defendant first allegation of a <u>Default</u> was alleged  January of 2002 for 1994. 1994 had  been  rebated back to Plaintiffs. But the Internal Revenue, kept the "Rebate". And placed a Lien against 1994 in 2001.    Ex, B

Notice of this Alleged Deficit came from the Social Security Administration, as did the Notice for <u>Subsequent years were</u>  1995 – 1996 – and  2001. .    Ex, C & D

Defendant placed Lien and Levied  against the Plaintiffs and contined to withhold their Refunds the levied amounts was  closely associated with amounts the  Plaintiffs were to received as tax Refunds but never did

Defendants continued to withhold the Tax Refunds; and simitanously; continued to

place Liens against the Plaintiffs.  The amounts of money the Defendants withheld exceed the alleged  Deficits

The monies the Defendants withheld was not used toward the alleged Tax Balances; and the Plaintiff were made to pay off the Balances 3 Times.  A Tax Balance should only have to be paid.off Once

Plaintiffs never received the monies for the Refunds and never received the Credit and never received receipts of the money withheld..

the Social Security Administration,  Noticed the Plaintiffs they would be Withholding 50% ($753.40) of their Social Security checks as directed by The Internal Revenue, . In August of 2003.                                                          Ex D

Plaintiffs received  the First  " NOTICE  OF DEFICIENCY" June 10, 2004; for 2001. This Deficiency off-set for 2001 according to the records of THE DEPARTMENT OF THE TREASURY was paid off in 2004, MAY,

The deficiency notice was for $1,660.00; the department of the Treasury; had   withheld $1, 683.00,

Lennel and Geraldine Bolden, discovered from this notice their  were other avenues to settle the miss-appropriation of their Funds by the Internal Revenue other than with the Internal Revenue.  So they filed a Petition with the United States Tax Court;

The defendants did not  answer to the petition for 11 months and during that period September o3, 2004 they Placed another Lien against the Plaintiff and Levied them

again for 1995, 1996 1997 and 2001.  The Lien amount for 2001 was for $405,00;

**The off-set had been paid off previous for the lien amounts.  October of 2002 and May 04, 2004 for " 2001"**

The Defendants with this Lien,  Bilked and  Levied the Plaintiff for an Additional $27.,000.00 in addition to the $54,000.00 they were already Withholding in Respect to the Refunds.

The  representing attorney for the Commissioner of the Internal Revenue; told Mrs. Bolden she would have to continue to pay, because she would not sign papers admitting they, (the plaintiffs) owed money for 2001.  The Lien against this Levy was not Released until 2006.  So for three years the Plaintiff had to Pay Money $753.40 monthly  for Not Signing Papers Not because Plaintiff owed a Tax Balance.

although the Tax Court  ruled an  over-payment of 499.00; for 2001.  The "Order"

was "contempt by  the Defendants.

The Defendants, added interest and penalties to the over-payment and threatened

Plaintiff with a second Lien for 2001; so the Plaintiff did not  Receive the over-

payment nor credit for it.

2.  Defendants from 1994-2001:Changed the Plaintiff's Identity by using an alias

address.  The Plaintiff names were used as Lennel and Geraldine Bolden ; their Social

Security Numbers were used as their Identification Numbers, but the Address was

changed to:    26 Gibson Blvd. Valley Stream N.Y  11581 – 2001-993.

EX. E 1 - 7

 Plaintiff  belief is this address was used in furtherance of the extortion and

embezzlement.

Ex, F

Defendants from 1994 – 2002 Changed the Plaintiffs Address . Thereby Changing

Plaintiff Identity to  26 Gibson Blvd. Valley Stream N.Y. 11581 – 2001-993.

**The Plaintiff's names were used as Lennel and Geraldine Bolden,  plaintiffs Social**

**Security numbers were used as Identification Numbers but using the exact same**

**numbers.**                                                    $Ex (I^{=}) 1-6$

What purpose did the Change of Address Served?

The Defendant used this change of address for eight years  before any deficits were

alleged.  After Mrs. Bolden found out their Identity had been Stolen, the Internal

Revenue initiated the Placement of Liens.

The Print – Out for 1986 **Advance payment of Deficiency,**  How did Defendants know

there was going to be a deficiency?  There had NEVER been any Previously.

Fifteen (15) years of Refunds withheld by the Defendants Totaled $54, 015.00  the

Withholding against  Liens 3 Times  for 1994, 1995 and 1996= $46,161.00 + the second

Lien of $8,867 is Approximately $55,008.00,  could cover up the Withheld Refunds

Defendants alleged Tax Balance for "1997 comprised using only Interest and collected,

against three Times for $8,180.00 + $24, 540.00 could have covered-up the $26,920 of

the 34 payments $753,00                                    $E \; 1-16$

Except for the $2, 43025 Defendants never gave n accounting for the money they were in

possession of

<u>Within the Plaintiffs Complaint the agents identified by Mrs. Bolden are Named.</u>

<u>However, they are or were under the employment of the Commissioner of the</u>

<u>Internal Revenue.</u> And as much as the pro –se Plaintiffs can or do understands,

Bivens theory is directed toward "Collections as authorized by Congress,

Plaintiffs had NO TAX BALANCES when the Defendant started withholding

<u>their property.</u>

<u>Defendant, claimed, in a Court of Law</u>  <u>**THE UNITED STATES TAX COURT**</u>

The alias address was an Untrue and Non-existent address. The United States
Postal Authority Disagreed and "stated" this to be a "True" Address and the
Change was done Internally and not Externally meaning the Defendants had
made the change of address.

Plaintiffs never put in a change of Address outside of Illinois and all their income

was generated out of Illinois.    Defendant had changed the Plaintiffs Address

Thereby changing the Plaintiffs Identity.

This change of address unknown to Plaintiffs, it also denied them the Right of

Notice. How Can You Defend? When you have not been " Properly Noticed".

The Liens were placed against the Plaintiffs and the Plaintiffs were Levied.

The United States Tax Court has limited jurisdiction and were not equipped to "protect'
the privileges of the plaintiffs of their Constitutional validities.

The Individual <u>EMPLOYEES INVOLVED JOINTLY OR SEVERALLY</u> ARE

LIABLE FOR ALL ACTUAL AND CONSEQUENTIAL AND EXEMPLARY

DAMAGES, WHICH HAS ARISEN <u>UNDER 26 CFR 30 6332 1CC.</u>

**IT IS TIME, FOR THESE ACTS OF CORRUPTION TO CEASE; IT IS TIME FOR THE DEFENDANTS THAT ARE RESPONSIBLE FOR THESE ACTS TO REALIZE THAT LIENS AND LEVIES ARE MORE THAN JUST A PIECE OF PAPER.**

Section 6321.6322. and 6323 states" Therefore there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of the taxes, and additional penalties, interest and cost that may accrue.

III.  What, it doesn't tell you that it can be A devastation of Life Liberty and the

Pursuit of Happiness; when a citizen through conspiracy is deprived of these

rights without "due Process" and that Congress has power to enforce by

appropriate criminal sanction for every right guarantee by 'Due Process clause of

the Fourteenth Amendment U.S.C.S. Const. Amend

Therefore Plaintiffs, Pray that this :

1.  This Honorable Court to Maintain Jurisdiction over the Plaintiff's Complaint. For Justice To Be Served

2.  For a cease and desist against the Defendant's Criminal Actions

3.  For an order against the Defendants for Plaintiffs Claim for Return of their property for :

        a.  actual damages $90.500 , 00
        b.  consequential damages $36,00  , 0 0
        c.  exemplary incurred by the Plaintiff of $24,000 , 0 0
        d.  or whatever this Court Deems to be Fair and Just

I, We Declare under penalty of perjury that the above information is true and correct.

_Lennel Bolden_

Lennel Bolden

_Geraldine Bolden_

Geraldine Bolden

Kennel Bolden
Geraldine Bolden
513 W. Bellarmine Dr.  Unit B
Joliet, IL 60436  Will County
-Phone #  (815) 744- 6816

OMB No. 1545-1504

Department of the Treasury – Internal Revenue Service

## Application for Taxpayer Assistance Order (ATAO)

Form **911**
(Rev. 3-2000)

### Section I.                    Taxpayer Information

| | | |
|---|---|---|
| 1. Name(s) as shown on tax return<br>**Lennel and Geraldine Bolden** | 4. Your Social Security Number<br>**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** | 6. Tax Form(s)<br>**1040** |
| | 5. Social Security No. of Spouse<br>**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** | 7. Tax Period(s)<br>**1986 - 2001** |
| 2. Current mailing address (Number, Street & Apartment Number)<br>**P.O. Box 12** | 8. Employer Identification Number (If applicable)<br>**na** | |
| | 9. E-Mail address | |
| 3. City, Town or Post Office, State and ZIP Code<br>**Bellwood, IL  60104** | 10. Fax number | |
| 11. Person to contact<br>**Geraldine Bolden** | 12. Daytime telephone number<br>**815 723-4088** | 13. Best time to call<br>**mornings (after 8:00 a.m.)** |

**14.** Please describe the problem and the significant hardship it is creating. (If more space is needed, attach additional sheets.)

Since 1986, refunds have been taken from their jointly filed tax returns and they have not been given credit for it anywhere.  She has made several attempts to resolve this matter through phone calls to Dept of Treasury and the IRS with no success.  50% of her social security is being withheld and she does not understand why.  I explained to her there was a balance due going back to 1994.

**15.** Please describe the relief you are requesting. (If more space is needed, attach additional sheets.)

Explain why balance exists and where the money is being applied.

I understand that Taxpayer Advocate employees may contact third parties in order to respond to this request and I authorize such contacts to be made.  Further, by authorizing the Taxpayer Advocate Service to contact third parties, I understand that I will not receive notice, pursuant to section 7602(c) of the Internal Revenue Code, of third parties contacted in connection with this request.

| 16. Signature of taxpayer or corporate officer<br>*Geraldine Bolden* | 17. Date<br>10/29/03 | 18. Signature of spouse<br>*Lennel Bolden* (incapacitated) | 19. Date<br>10/29/03 |
|---|---|---|---|

### Section II.          Representative Information (if applicable)

| | |
|---|---|
| 1. Name of Authorized Representative | 3. Centralized Authorization File Number (CAF) |
| 2. Mailing Address | 4. Daytime telephone number |
| | 5. Fax number |
| 6. Signature of Representative | 7. Date |



Ex. A

100015968539

**This Product Contains Sensitive Taxpayer Data**

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

## Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 1986

TAXPAYER IDENTIFICATION NUMBER:          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

LENNEL & GERALDINE BOLDEN
GERALDINE BOLDEN

Any minus sign shown below signifies a credit amount.

03290

| ACCOUNT BALANCE: | 0.00 | |
|---|---|---|
| ACCRUED INTEREST: | 0.00 | AS OF: Jun. 09, 1997 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jun. 09, 1997 |

ACCOUNT BALANCE
PLUS ACCRUALS:          0.00

** EXEMPTIONS:          09          ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:              31,585.00
** TAXABLE INCOME:      6,590.00
   TAX PER RETURN:      313.00
** SE TAXABLE INCOME
   TAXPAYER:            0.00
** SE TAXABLE INCOME
   SPOUSE:              480.00
** TOTAL SELF
   EMPLOYMENT TAX:      59.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 15, 1987

PROCESSING DATE: Apr. 20, 1987

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 39221-073-05115-7 | 19871408 | 04-20-1987 | $313.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1987 | -$3,456.00 |
| 846 | REFUND | | 04-20-1987 | $3,143.00 |
| 640 | ADVANCE PAYMENT OF DEFICIENCY | | 07-28-1989 | -$100.00 |
| 640 | ADVANCE PAYMENT OF DEFICIENCY | | 10-18-1989 | -$50.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1987 | -$315.00 |
| 290 | ADDITIONAL TAX ASSESSED 09254-740-65098-9 | 19895108 | 01-01-1990 | $72.00 |
| 896 | OVERPAYMENT CREDIT OFFSET | | 01-01-1990 | $393.00 |

**This Product Contains Sensitive Taxpayer Data**

Ex A (1-14)

This page is left blank intentionally.

100015968539

This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

Account Transcript

FORM NUMBER:    1040
TAX PERIOD:    Dec. 31, 1987

TAXPAYER IDENTIFICATION NUMBER:    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

No record of return filed.

This Product Contains Sensitive Taxpayer Data

003296

This page is left blank intentionally.

100015968539

This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

### Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 1988

TAXPAYER IDENTIFICATION NUMBER:          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

LENNEL BOLDEN

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: Sep. 10, 1990
ACCRUED PENALTY:          0.00          AS OF: Sep. 10, 1990

ACCOUNT BALANCE
PLUS ACCRUALS:            0.00

** EXEMPTIONS:            07          ** FILING STATUS: Head of Household
** ADJUSTED GROSS
   INCOME:               -2,410.00
** TAXABLE INCOME:        0.00
   TAX PER RETURN:        0.00
** SE TAXABLE INCOME
   TAXPAYER:              0.00
** SE TAXABLE INCOME
   SPOUSE:                0.00
** TOTAL SELF
   EMPLOYMENT TAX:        0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Jan. 05, 1990

PROCESSING DATE: May 21, 1990

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED | 19901908 | 05-21-1990 | $0.00 |
|     | 09211-013-02723-0 | | | |
| 806 | WITHHOLDING CREDIT | | 04-15-1989 | -$1,963.00 |
| 460 | EXTENSION OF TIME TO FILE | | 04-15-1989 | $0.00 |
|     | EXT. DATE 08-15-1989 | | | |
| 896 | OVERPAYMENT CREDIT OFFSET | | 05-21-1990 | $1,963.00 |

This Product Contains Sensitive Taxpayer Data

This page is left blank intentionally.

100015968539
**This Product Contains Sensitive Taxpayer Data**

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

### Account Transcript

FORM NUMBER: 1040            TAX PERIOD: Dec. 31, 1989

TAXPAYER IDENTIFICATION NUMBER:            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

LEMEL BOLDEN

Any minus sign shown below signifies a credit amount.

| | | | |
|---|---|---|---|
| ACCOUNT BALANCE: | 0.00 | | |
| ACCRUED INTEREST: | 0.00 | AS OF: Apr. 20, 1992 | |
| ACCRUED PENALTY: | 0.00 | AS OF: Apr. 20, 1992 | |

03288

ACCOUNT BALANCE
PLUS ACCRUALS:            0.00

| | | |
|---|---|---|
| ** EXEMPTIONS: | 07 | ** FILING STATUS: Head of Household |
| ** ADJUSTED GROSS INCOME: | 21,626.00 | |
| ** TAXABLE INCOME: | 0.00 | |
| TAX PER RETURN: | 0.00 | |
| ** SE TAXABLE INCOME TAXPAYER: | 0.00 | |
| ** SE TAXABLE INCOME SPOUSE: | 0.00 | |
| ** TOTAL SELF EMPLOYMENT TAX: | 0.00 | |

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): May 09, 1991

PROCESSING DATE: Jun. 10, 1991

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 09211-131-10709-1 | 19912208 | 06-10-1991 | $0.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1990 | -$2,463.00 |
| 896 | OVERPAYMENT CREDIT OFFSET | | 06-10-1991 | $2,463.00 |
| 290 | ADDITIONAL TAX ASSESSED 09254-662-15889-1 | 19914008 | 10-14-1991 | $0.00 |

**This Product Contains Sensitive Taxpayer Data**

This page is left blank intentionally.

100015968539
**This Product Contains Sensitive Taxpayer Data**

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

### Account Transcript

FORM NUMBER: 1040           TAX PERIOD: Dec. 31, 1990

TAXPAYER IDENTIFICATION NUMBER:           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

LENNEL BOLDEN

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:           0.00
ACCRUED INTEREST:          0.00           AS OF: Apr. 20, 1992
ACCRUED PENALTY:           0.00           AS OF: Apr. 20, 1992

ACCOUNT BALANCE
PLUS ACCRUALS:             0.00

** EXEMPTIONS:             07           ** FILING STATUS: Head of Household
** ADJUSTED GROSS
   INCOME:                 22,556.00
** TAXABLE INCOME:         3,456.00
   TAX PER RETURN:         521.00
** SE TAXABLE INCOME
   TAXPAYER:               0.00
** SE TAXABLE INCOME
   SPOUSE:                 0.00
** TOTAL SELF
   EMPLOYMENT TAX:         0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 15, 1991

PROCESSING DATE: May 27, 1991

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED<br>09221-122-36366-1 | 19912008 | 05-27-1991 | $521.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1991 | -$2,461.00 |
| 896 | OVERPAYMENT CREDIT OFFSET | | 05-27-1991 | $1,940.00 |

**This Product Contains Sensitive Taxpayer Data**

This page is left blank intentionally.

100015968539
This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

Account Transcript

FORM NUMBER: 1040A             TAX PERIOD: Dec. 31, 1991

TAXPAYER IDENTIFICATION NUMBER:          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

LENNEL & GERALDINE BOLDEN
GERALDINE BOLDEN

Any minus sign shown below signifies a credit amount.


03285
ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: Dec. 22, 1997
ACCRUED PENALTY:          0.00          AS OF: Dec. 22, 1997

ACCOUNT BALANCE
PLUS ACCRUALS:            0.00

** EXEMPTIONS:            08          ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:               23,981.00
** TAXABLE INCOME:        1,081.00
   TAX PER RETURN:        0.00
** SE TAXABLE INCOME
   TAXPAYER:              0.00
** SE TAXABLE INCOME
   SPOUSE:                0.00
** TOTAL SELF
   EMPLOYMENT TAX:        0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Nov. 29, 1993

PROCESSING DATE: Jan. 03, 1994

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | SUBSTITUTE FOR RETURN 09210-331-01336-3 | | 01-03-1994 | $0.00 |
| 173 | ESTIMATED TAX PENALTY | 19943008 | 08-08-1994 | $361.80 |
| 806 | WITHHOLDING CREDIT | | 04-15-1992 | -$2,647.00 |
| 290 | ADDITIONAL TAX ASSESSED 09254-600-64020-4 | 19943008 | 08-08-1994 | $9,233.00 |
| 166 | LATE FILING PENALTY | 19943008 | 08-08-1994 | $1,646.50 |
| 196 | INTEREST ASSESSED | 19943008 | 08-08-1994 | $1,501.73 |
| 706 | OVERPAID CREDIT APPLIED 1040 199312 | | 04-15-1994 | -$1,885.00 |
| 197 | INTEREST ABATED | | 08-22-1994 | -$18.99 |
| 171 | ESTIMATED TAX PENALTY ABATED | | 08-08-1994 | -$361.80 |
| 291 | PRIOR TAX ABATED 09254-670-64313-4 | | 10-17-1994 | -$9,070.00 |
| 701 | OVERPAID CREDIT REVERSED 1040 199312 | | 04-15-1994 | $1,855.00 |

100015968539

| | | | |
|---|---|---|---|
| 167 | LATE FILING PENALTY ABATED | 10-17-1994 | -$1,646.50 |
| 197 | INTEREST ABATED | 10-17-1994 | -$1,482.74 |
| 896 | OVERPAYMENT CREDIT OFFSET | 10-17-1994 | $2,514.00 |
| 290 | ADDITIONAL TAX ASSESSED<br>09254-698-15358-4 | 19944408 11-14-1994 | $0.00 |

This Product Contains Sensitive Taxpayer Data

100015968539

**This Product Contains Sensitive Taxpayer Data**

### Account Transcript

FORM NUMBER: 1040A              TAX PERIOD: Dec. 31, 1992

TAXPAYER IDENTIFICATION NUMBER:              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

LENNEL & GERALDINE BOLDEN
GERALDINE BOLDEN

Any minus sign shown below signifies a credit amount.

```
03286   ACCOUNT BALANCE:        0.00
        ACCRUED INTEREST:       0.00        AS OF: Dec. 26, 1994
        ACCRUED PENALTY:        0.00        AS OF: Dec. 26, 1994

        ACCOUNT BALANCE
        PLUS ACCRUALS:          0.00

     ** EXEMPTIONS:             08          ** FILING STATUS: Married Filing Joint
     ** ADJUSTED GROSS
        INCOME:                 23,739.00
     ** TAXABLE INCOME:         0.00
        TAX PER RETURN:         0.00
     ** SE TAXABLE INCOME
        TAXPAYER:               0.00
     ** SE TAXABLE INCOME
        SPOUSE:                 0.00
     ** TOTAL SELF
        EMPLOYMENT TAX:         0.00

     ** PER RETURN OR AS ADJUSTED
```

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): May  30, 1994

PROCESSING DATE: Jun. 27, 1994

| CODE | EXPLANATION OF TRANSACTION | TRANSACTIONS CYCLE | DATE | AMOUNT |
|------|----------------------------|--------------------|------|--------|
| 150 | SUBSTITUTE FOR RETURN 09210-148-02212-4 | | 06-27-1994 | $0.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1993 | -$2,660.00 |
| 290 | ADDITIONAL TAX ASSESSED 09254-670-64323-4 | 19944008 | 10-17-1994 | $0.00 |
| 896 | OVERPAYMENT CREDIT OFFSET | | 10-17-1994 | $2,660.00 |

**This Product Contains Sensitive Taxpayer Data**

This page is left blank intentionally.

100015968539

**This Product Contains Sensitive Taxpayer Data**

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

**Account Transcript**

FORM NUMBER: 1040              TAX PERIOD: Dec. 31, 1993

TAXPAYER IDENTIFICATION NUMBER:              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

LENNEL & GERALDINE BOLDEN
GERALDINE BOLDEN

Any minus sign shown below signifies a credit amount.

```
ACCOUNT BALANCE:        0.00
ACCRUED INTEREST:       0.00        AS OF: Jun. 24, 1996
ACCRUED PENALTY:        0.00        AS OF: Jun. 24, 1996

ACCOUNT BALANCE
PLUS ACCRUALS:          0.00

** EXEMPTIONS:          08          ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:              29,729.00
** TAXABLE INCOME:      4,729.00
   TAX PER RETURN:      0.00
** SE TAXABLE INCOME
   TAXPAYER:            0.00
** SE TAXABLE INCOME
   SPOUSE:              0.00
** TOTAL SELF
   EMPLOYMENT TAX:      0.00

** PER RETURN OR AS ADJUSTED
```

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 15, 1994

PROCESSING DATE: Aug. 22, 1994

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED 09221-121-96261-4 | 19943208 | 08-22-1994 | $709.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1994 | -$2,594.00 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 199112 | | 04-15-1994 | $1,885.00 |
| 821 | CREDIT TRANSFER REVERSED 1040 199112 | | 04-15-1994 | -$1,855.00 |
| 896 | OVERPAYMENT CREDIT OFFSET | | 10-17-1994 | $1,855.00 |
| 421 | RENUMBERED RETURN 09247-763-60392-5 | | 12-27-1995 | $0.00 |

**This Product Contains Sensitive Taxpayer Data**

This page is left blank intentionally.

100015968539

This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

### Account Transcript

FORM NUMBER: 1040                TAX PERIOD: Dec. 31, 1994

TAXPAYER IDENTIFICATION NUMBER:          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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   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




LENNEL & GERALDINE BOLDEN

Any minus sign shown below signifies a credit amount.

J3295

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | -0.25 | AS OF: Jun. 25, 2007 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jun. 25, 2007 |

ACCOUNT BALANCE
PLUS ACCRUALS:          -0.25

** EXEMPTIONS:          06                ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:              52,929.00
** TAXABLE INCOME:      31,879.00
   TAX PER RETURN:      0.00
** SE TAXABLE INCOME
   TAXPAYER:            0.00
** SE TAXABLE INCOME
   SPOUSE:              0.00
** TOTAL SELF
   EMPLOYMENT TAX:      0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Jan. 24, 1997

PROCESSING DATE: May 26, 1997

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED<br>09221-032-37019-7 | 19972008 | 05-26-1997 | $0.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1995 | -$2,495.00 |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 08-15-1995 | | 04-15-1995 | $0.00 |
| 576 | UNALLOWABLE TAX HOLD | | 05-26-1997 | $2,495.00 |
| 160 | LATE FILING PENALTY | 19981808 | 05-18-1998 | $571.50 |
| 300 | ADDITIONAL TAX ASSESSED BY<br>EXAMINATION<br>09247-514-00086-8 | 19981808 | 05-18-1998 | $4,781.00 |
| 577 | UNALLOWABLE TAX HOLD REVERSED | | 05-26-1997 | -$2,495.00 |
| 421 | RENUMBERED RETURN<br>09247-514-00086-8 | | 05-18-1998 | $0.00 |
| 336 | INTEREST ASSESSED | 19981808 | 05-18-1998 | $885.86 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | | 04-27-2000 | $0.00 |

100015968539

| '971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCL AIMED | | 05-17-2000 | $0.00 |
|------|------|------|------|------|
| 670 | SUBSEQUENT PAYMENT | | 09-08-2003 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 10-09-2003 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 11-09-2003 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 12-07-2003 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 01-09-2004 | -$753.40 |
| 276 | FAILURE TO PAY TAX PENALTY | 20040408 | 02-09-2004 | $23.64 |
| 670 | SUBSEQUENT PAYMENT | | 02-08-2004 | -$753.40 |
| 196 | INTEREST ASSESSED | 20040708 | 03-01-2004 | $205.54 |
| 276 | FAILURE TO PAY TAX PENALTY | 20040708 | 03-01-2004 | $547.86 |
| 670 | SUBSEQUENT PAYMENT | | 03-07-2004 | -$753.40 |
| 196 | INTEREST ASSESSED | 20041108 | 03-29-2004 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | | 04-15-2004 | -$753.40 |
| 196 | INTEREST ASSESSED | 20041608 | 05-03-2004 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | | 05-09-2004 | -$120.52 |
| 196 | INTEREST ASSESSED | 20042008 | 05-31-2004 | $120.52 |

This Product Contains Sensitive Taxpayer Data

753.40
x 10

100015968539

**This Product Contains Sensitive Taxpayer Data**

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

## Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 1995

TAXPAYER IDENTIFICATION NUMBER:              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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:       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

LENNEL & GERALDINE A BOLDEN

Any minus sign shown below signifies a credit amount.

03294
| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | -0.01 | AS OF: Jun. 25, 2007 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jun. 25, 2007 |

ACCOUNT BALANCE
PLUS ACCRUALS:           -0.01

| | | |
|---|---|---|
| ** EXEMPTIONS: | 06 | ** FILING STATUS: Married Filing Joint |
| ** ADJUSTED GROSS INCOME: | 60,033.00 | |
| ** TAXABLE INCOME: | 38,483.00 | |
| TAX PER RETURN: | 0.00 | |
| ** SE TAXABLE INCOME TAXPAYER: | 0.00 | |
| ** SE TAXABLE INCOME SPOUSE: | 0.00 | |
| ** TOTAL SELF EMPLOYMENT TAX: | 0.00 | |

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Jan. 24, 1997

PROCESSING DATE: May 05, 1997

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| | TRANSACTIONS | | | |
| 150 | RETURN FILED AND TAX ASSESSED 09221-032-37018-7 | 19971708 | 05-05-1997 | $821.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1996 | -$2,521.00 |
| 576 | UNALLOWABLE TAX HOLD | | 05-05-1997 | $1,700.00 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION 09247-518-00107-8 | 19981808 | 05-18-1998 | $4,950.00 |
| 577 | UNALLOWABLE TAX HOLD REVERSED | | 05-05-1997 | -$1,700.00 |
| 421 | RENUMBERED RETURN 09247-518-00107-8 | | 05-18-1998 | $0.00 |
| 340 | RESTRICTED INTEREST ASSESSED | 19982608 | 07-13-1998 | $688.79 |
| 290 | ADDITIONAL TAX ASSESSED 09254-573-15008-8 | 19982608 | 07-13-1998 | $0.00 |
| 340 | RESTRICTED INTEREST ASSESSED | 19983108 | 08-17-1998 | $30.33 |
| 290 | ADDITIONAL TAX ASSESSED 09254-608-D5000-8 | 19983108 | 08-17-1998 | $0.00 |

100015968539

| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 04-27-2000 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCL AIMED | | 05-17-2000 | $0.00 |
| 706 | OVERPAID CREDIT APPLIED 1040 199812 | | 04-15-1999 | -$303.00 |
| 706 | OVERPAID CREDIT APPLIED 1040 200012 | | 04-15-2001 | -$206.00 |
| 670 | SUBSEQUENT PAYMENT | | 05-09-2004 | -$632.88 |
| 670 | SUBSEQUENT PAYMENT | | 06-07-2004 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 07-09-2004 | -$753.40 |
| 706 | OVERPAID CREDIT APPLIED 1040 200212 | | 04-15-2003 | -$63.00 |
| 670 | SUBSEQUENT PAYMENT | | 08-09-2004 | -$753.40 |
| 582 | FEDERAL TAX LIEN | | 09-10-2004 | $0.00 |
| 670 | SUBSEQUENT PAYMENT | | 09-07-2004 | -$753.40 |
| 276 | FAILURE TO PAY TAX PENALTY | 20043808 | 10-04-2004 | $249.36 |
| 670 | SUBSEQUENT PAYMENT | | 10-08-2004 | -$753.40 |
| 196 | INTEREST ASSESSED | 20044208 | 11-01-2004 | $235.71 |
| 276 | FAILURE TO PAY TAX PENALTY | 20044208 | 11-01-2004 | $517.69 |
| 670 | SUBSEQUENT PAYMENT | | 11-08-2004 | -$753.40 |
| 196 | INTEREST ASSESSED | 20044608 | 11-29-2004 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | | 12-09-2004 | -$753.40 |
| 196 | INTEREST ASSESSED | 20045108 | 01-03-2005 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | | 02-06-2005 | -$107.14 |
| 196 | INTEREST ASSESSED | 20050808 | 03-07-2005 | $107.14 |

This Product Contains Sensitive Taxpayer Data

753.40
x 9

107.14

This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

## Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 1996

TAXPAYER IDENTIFICATION NUMBER:          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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   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

LENNEL & GERALDINE A BOLDEN

Any minus sign shown below signifies a credit amount.



ACCOUNT BALANCE:      0.00
ACCRUED INTEREST:    14.51           AS OF: Jun. 25, 2007
ACCRUED PENALTY:      0.00           AS OF: Jun. 25, 2007

ACCOUNT BALANCE
PLUS ACCRUALS:       14.51

** EXEMPTIONS:        06             ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:        52,301.00
** TAXABLE INCOME:  32,851.00
   TAX PER RETURN:    0.00
** SE TAXABLE INCOME
   TAXPAYER:          0.00
** SE TAXABLE INCOME
   SPOUSE:            0.00
** TOTAL SELF
   EMPLOYMENT TAX:    0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 15, 1997

PROCESSING DATE: Sep. 29, 1997

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 09221-151-30114-7 | 19973808 | 09-29-1997 | $4,931.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1997 | -$2,120.00 |
| 196 | INTEREST ASSESSED | 19973808 | 09-29-1997 | $118.15 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 04-27-2000 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCL AIMED | | 03-21-2000 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCL AIMED | | 05-17-2000 | $0.00 |
| 670 | SUBSEQUENT PAYMENT | | 02-20-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT | | 03-20-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT | | 04-17-2002 | -$210.45 |

100015968539

| 670 | SUBSEQUENT PAYMENT | | 05-15-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT | | 06-19-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT | | 08-21-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT | | 09-18-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT | | 10-16-2002 | -$210.45 |
| 582 | FEDERAL TAX LIEN | | 09-10-2004 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | | 10-04-2004 | $22.00 |
| 670 | SUBSEQUENT PAYMENT | | 01-09-2005 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 02-06-2005 | -$646.26 |
| 276 | FAILURE TO PAY TAX PENALTY | 20050808 | 03-07-2005 | $132.11 |
| 670 | SUBSEQUENT PAYMENT | | 03-07-2005 | -$753.40 |
| 196 | INTEREST ASSESSED | 20051108 | 03-28-2005 | $182.76 |
| 276 | FAILURE TO PAY TAX PENALTY | 20051108 | 03-28-2005 | $570.64 |
| 670 | SUBSEQUENT PAYMENT | | 04-07-2005 | -$753.40 |
| 196 | INTEREST ASSESSED | 20051508 | 04-25-2005 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | | 05-06-2005 | -$753.40 |
| 196 | INTEREST ASSESSED | 20051908 | 05-23-2005 | $753.40 |

This Product Contains Sensitive Taxpayer Data

753.40
x 8

210.45
x 5

100015945759

**This Product Contains Sensitive Taxpayer Data**

Request Date: 06-18-2007
Response Date: 06-18-2007

Tracking Number: 100015945759

## Account Transcript

FORM NUMBER: 1040       TAX PERIOD: Dec. 31, 1997

TAXPAYER IDENTIFICATION NUMBER:              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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:       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

LENNEL & GERALDINE BOLDEN

**Any minus sign shown below signifies a credit amount.**

```
ACCOUNT BALANCE:        0.00
ACCRUED INTEREST:       1,489.11      AS OF: Jun. 25, 2007
ACCRUED PENALTY:        731.53        AS OF: Jun. 25, 2007

ACCOUNT BALANCE
PLUS ACCRUALS:          2,220.64

** EXEMPTIONS:          07            ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:              67,053.00
** TAXABLE INCOME:      44,253.00
   TAX PER RETURN:      7,041.00
** SE TAXABLE INCOME
   TAXPAYER:            0.00
** SE TAXABLE INCOME
   SPOUSE:              0.00
** TOTAL SELF
   EMPLOYMENT TAX:      0.00

** PER RETURN OR AS ADJUSTED
```

*assessed interest against a Cr.*

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 23, 2002

PROCESSING DATE: Jun. 03, 2002

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED 09221-125-13819-2 | 20022108 | 06-03-2002 | $7,041.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1998 | -$3,160.00 |
| 166 | LATE FILING PENALTY | 20022108 | 06-03-2002 | $970.25 |
| 196 | INTEREST ASSESSED | 20022108 | 06-03-2002 | $1,861.27 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 10-13-2003 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 10-13-2003 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 09-10-2004 | $0.00 |
| 706 | OVERPAID CREDIT APPLIED 1040 199912 | | 06-09-2005 | -$656.26 |
| 670 | SUBSEQUENT PAYMENT | | 08-04-2005 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 09-06-2005 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 10-06-2005 | -$753.40 |

TRANSACTIONS

100015945759

| 670 | SUBSEQUENT PAYMENT | | 12-05-2005 | -$753.40 |
|-----|-------------------|---|------------|----------|
| 670 | SUBSEQUENT PAYMENT | | 02-07-2006 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 03-05-2006 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 04-05-2006 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 05-01-2006 | -$753.40 |
| 706 | OVERPAID CREDIT APPLIED 1040 200112 | | 01-06-2006 | -$267.78 |
| 276 | FAILURE TO PAY TAX PENALTY | 20071008 | 03-19-2007 | $238.72 |

This Product Contains Sensitive Taxpayer Data

753.40
x 3

267.78

100015968539
### This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

### Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 1998

TAXPAYER IDENTIFICATION NUMBER:          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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   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

LENNEL & GERALDINE BOLDEN
GERALDINE BOLDEN

Any minus sign shown below signifies a credit amount.

)3291

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Jan. 09, 2006 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jan. 09, 2006 |

ACCOUNT BALANCE
PLUS ACCRUALS:          0.00

** EXEMPTIONS:          06              ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:             7,140.00
** TAXABLE INCOME:      0.00
   TAX PER RETURN:      0.00
** SE TAXABLE INCOME
   TAXPAYER:            0.00
** SE TAXABLE INCOME
   SPOUSE:              0.00
** TOTAL SELF
   EMPLOYMENT TAX:      0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 15, 2002

PROCESSING DATE: Aug. 19, 2002

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED | 20023208 | 08-19-2002 | $0.00 |
| | 09221-152-65319-2 | | | |
| 806 | WITHHOLDING CREDIT | | 04-15-1999 | -$303.00 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED | | 04-15-1999 | $303.00 |
| | 1040 199512 | | | |

### This Product Contains Sensitive Taxpayer Data

This page is left blank intentionally.

100009232848

## This Product Contains Sensitive Taxpayer Data

Request Date: 09-25-2006
Response Date: 09-25-2006
IRS Employee Number: K12DB
Tracking Number: 100009232848

### Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 1999

TAXPAYER IDENTIFICATION NUMBER:          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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   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

LENNEL & GERALDINE A BOLDEN
513 W BELLARMINE DR APT B
JOLIET, IL60436-1863-742

Any minus sign shown below signifies a credit amount.

```
ACCOUNT BALANCE:         0.00
ACCRUED INTEREST:        0.00        AS OF: Jan. 09, 2006
ACCRUED PENALTY:         0.00        AS OF: Jan. 09, 2006

ACCOUNT BALANCE
PLUS ACCRUALS:           0.00
```

** EXEMPTIONS:           06          ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:               25,545.00
** TAXABLE INCOME:       1,845.00
   TAX PER RETURN:       0.00
** SE TAXABLE INCOME
   TAXPAYER:             0.00
** SE TAXABLE INCOME
   SPOUSE:               0.00
** TOTAL SELF
   EMPLOYMENT TAX:       0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 13, 2002

PROCESSING DATE: May 20, 2002

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED 09221-115-45441-2 | 20021908 | 05-20-2002 | $686.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-2000 | -$243.00 |
| 166 | LATE FILING PENALTY | 20021908 | 05-20-2002 | $110.75 |
| 196 | INTEREST ASSESSED | 20021908 | 05-20-2002 | $98.91 |
| 291 | PRIOR TAX ABATED 09254-596-05125-2 | | 08-05-2002 | -$410.00 |
| 167 | LATE FILING PENALTY ABATED | | 08-05-2002 | -$77.75 |
| 197 | INTEREST ABATED | | 08-05-2002 | -$86.13 |
| 276 | FAILURE TO PAY TAX PENALTY | 20023008 | 05-20-2002 | $0.33 |
| 670 | SUBSEQUENT PAYMENT | | 06-09-2005 | -$753.40 |
| 196 | INTEREST ASSESSED | 20052508 | 07-04-2005 | $11.93 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 199712 | | 06-09-2005 | $656.26 |

100009232848

276   FAILURE TO PAY TAX PENALTY            2005250807-04-2005            $6.10

This Product Contains Sensitive Taxpayer Data

100009232848

**This Product Contains Sensitive Taxpayer Data**

Request Date: 09-25-2006
Response Date: 09-25-2006
IRS Employee Number: K12DB
Tracking Number: 100009232848

### Account Transcript

FORM NUMBER: 1040        TAX PERIOD: Dec. 31, 2000

TAXPAYER IDENTIFICATION NUMBER:        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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:  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

LENNEL & GERALDINE A BOLDEN
513 W BELLARMINE DR APT B
JOLIET, IL 60436-1863-742

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:       0.00
ACCRUED INTEREST:      0.00           AS OF: Jan. 09, 2006
ACCRUED PENALTY:       0.00           AS OF: Jan. 09, 2006

ACCOUNT BALANCE
PLUS ACCRUALS:         0.00

** EXEMPTIONS:         04             ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:             25,572.00
** TAXABLE INCOME:     3,186.00
   TAX PER RETURN:     152.00
** SE TAXABLE INCOME
   TAXPAYER:           0.00
** SE TAXABLE INCOME
   SPOUSE:             0.00
** TOTAL SELF
   EMPLOYMENT TAX:     0.00

** PER RETURN OR AS ADJUSTED

   RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 25, 2002

                                        PROCESSING DATE: May 27, 2002

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED 09221-120-98416-2 | 20022008 | 05-27-2002 | $896.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-2001 | -$682.00 |
| 166 | LATE FILING PENALTY | 20022008 | 05-27-2002 | $100.00 |
| 196 | INTEREST ASSESSED | 20022008 | 05-27-2002 | $24.83 |
| 291 | PRIOR TAX ABATED 09254-607-06111-2 | | 08-19-2002 | -$420.00 |
| 167 | LATE FILING PENALTY ABATED | | 08-19-2002 | -$100.00 |
| 197 | INTEREST ABATED | | 08-19-2002 | -$24.83 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 199512 | | 04-15-2001 | $206.00 |

**This Product Contains Sensitive Taxpayer Data**

This page is left blank intentionally.

100009232848
This Product Contains Sensitive Taxpayer Data

Request Date: 09-25-2006
Response Date: 09-25-2006
IRS Employee Number: K12D3
Tracking Number: 100009232848

### Account Transcript

FORM NUMBER: 1040              TAX PERIOD: Dec. 31, 2001

TAXPAYER IDENTIFICATION NUMBER:        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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:  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

LENNEL & GERALDINE A BOLDEN
513 W BELLARMINE DR APT B
JOLIET, IL60436-1863-742

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:        -1,628.10
ACCRUED INTEREST:        0.00       AS OF: Sep. 11, 2006
ACCRUED PENALTY:         0.00       AS OF: Sep. 11, 2006

ACCOUNT BALANCE
PLUS ACCRUALS:          -1,628.10

** EXEMPTIONS:          04          ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:              24,337.00
** TAXABLE INCOME:       8,037.00
   TAX PER RETURN:         461.00
** SE TAXABLE INCOME
   TAXPAYER:              0.00
** SE TAXABLE INCOME
   SPOUSE:                0.00
** TOTAL SELF
   EMPLOYMENT TAX:        0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 15, 2002

PROCESSING DATE: May 27, 2002

| | TRANSACTIONS | | | |
|------|---------------------------------|-----------|------------|-----------|
| CODE | EXPLANATION OF TRANSACTION      | CYCLE     | DATE       | AMOUNT    |
| 150  | RETURN FILED AND TAX ASSESSED 09221-115-04002-2 | 20022008 | 05-27-2002 | $1,092.15 |
| 806  | WITHHOLDING CREDIT               |           | 04-15-2002 | -$63.00   |
| 276  | FAILURE TO PAY TAX PENALTY       | 20022008  | 05-27-2002 | $3.90     |
| 196  | INTEREST ASSESSED                | 20022008  | 05-27-2002 | $7.13     |
| 976  | AMENDED RETURN FILED 09221-152-65319-2 |   | 04-15-2002 | $0.00     |
| 290  | ADDITIONAL TAX ASSESSED 09254-597-06699-2 | 20023008 | 08-05-2002 | $0.00     |
| 291  | PRIOR TAX ABATED 09254-607-06112-2 |       | 08-19-2002 | -$290.00  |
| 196  | INTEREST ASSESSED                | 20023208  | 08-19-2002 | $8.39     |
| 276  | FAILURE TO PAY TAX PENALTY       | 20023208  | 08-19-2002 | $11.09    |
| 971  | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE |   | 10-13-2003 | $0.00     |

10000923284B

**This Product Contains Sensitive Taxpayer Data**

Request Date: 09-25-2006
Response Date: 09-25-2006
IRS Employee Number: K12DB
Tracking Number: 100009232848

**Account Transcript**

FORM NUMBER: 1040              TAX PERIOD: Dec. 31, 2002

TAXPAYER IDENTIFICATION NUMBER:          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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   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

LENNEL & GERALDINE A BOLDEN
513 W BELLARMINE DR APT B
JOLIET, IL60436-1863-742

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:        0.00
ACCRUED INTEREST:       0.00         AS OF: Jan. 09, 2006
ACCRUED PENALTY:        0.00         AS OF: Jan. 09, 2006

ACCOUNT BALANCE
PLUS ACCRUALS:          0.00

** EXEMPTIONS:          05           ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:              35,209.00
** TAXABLE INCOME:      0.00
   TAX PER RETURN:      0.00
** SE TAXABLE INCOME
   TAXPAYER:            0.00
** SE TAXABLE INCOME
   SPOUSE:              0.00
** TOTAL SELF
   EMPLOYMENT TAX:      0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Jun. 26, 2004

PROCESSING DATE: Aug. 02, 2004

**TRANSACTIONS**

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED 09221-178-54306-4 | | 08-02-2004 | $0.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-2003 | -$63.00 |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 08-15-2003 | | 04-15-2003 | $0.00 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 199512 | | 04-15-2003 | $63.00 |

**This Product Contains Sensitive Taxpayer Data**

This page is left blank intentionally.

100009232848

This Product Contains Sensitive Taxpayer Data

Request Date: 09-25-2006
Response Date: 09-25-2006
IRS Employee Number: K12DB
Tracking Number: 100009232848

## Account Transcript

FORM NUMBER: 1040              TAX PERIOD: Dec. 31, 2004

TAXPAYER IDENTIFICATION NUMBER:        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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:  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

LENNEL & GERALDINE A BOLDEN
513 W BELLARMINE DR APT B
JOLIET, IL60436-1863-742

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:        1,994.59
ACCRUED INTEREST:       21.53          AS OF: Sep. 11, 2006
ACCRUED PENALTY:        7.09           AS OF: Sep. 11, 2006

ACCOUNT BALANCE
PLUS ACCRUALS:          2,023.21

** EXEMPTIONS:          05             ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:              40,331.00
** TAXABLE INCOME:      14,181.00
   TAX PER RETURN:      1,418.00
** SE TAXABLE INCOME
   TAXPAYER:            0.00
** SE TAXABLE INCOME
   SPOUSE:              0.00
** TOTAL SELF
   EMPLOYMENT TAX:      0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 18, 2006

PROCESSING DATE: Jul. 24, 2006

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED 09221-116-78622-6 | 20062808 | 07-24-2006 | $1,418.00 |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 10-15-2005 | | 05-08-2005 | $0.00 |
| 166 | LATE FILING PENALTY | 20062808 | 07-24-2006 | $319.05 |
| 276 | FAILURE TO PAY TAX PENALTY | 20062808 | 07-24-2006 | $113.44 |
| 196 | INTEREST ASSESSED | 20062808 | 07-24-2006 | $144.10 |

This Product Contains Sensitive Taxpayer Data

This page is left blank intentionally.

100009232848

**This Product Contains Sensitive Taxpayer Data**

Request Date: 09-25-2006
Response Date: 09-25-2006
IRS Employee Number: K12DB
Tracking Number: 100009232848

## Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2005

TAXPAYER IDENTIFICATION NUMBER:          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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   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

LENNEL & GERALDINE A BOLDEN
513 W BELLARMINE DR APT B
JOLIET, IL60436-1863-742

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:        1,201.49
ACCRUED INTEREST:       28.54          AS OF: Sep. 11, 2006
ACCRUED PENALTY:        29.82          AS OF: Sep. 11, 2006

ACCOUNT BALANCE
PLUS ACCRUALS:          1,259.85

** EXEMPTIONS:          04             ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:              36,721.00
** TAXABLE INCOME:      11,921.00
   TAX PER RETURN:      1,831.00
** SE TAXABLE INCOME
   TAXPAYER:            0.00
** SE TAXABLE INCOME
   SPOUSE:              0.00
** TOTAL SELF
   EMPLOYMENT TAX:      0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 15, 2006

PROCESSING DATE: May 22, 2006

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED 09221-114-91735-6 | 20061908 | 05-22-2006 | $1,193.00 |
| 196 | INTEREST ASSESSED | 20061908 | 05-22-2006 | $8.49 |

**This Product Contains Sensitive Taxpayer Data**

This page is left blank intentionally.

*1994 Was abated back to Plaintiff*

*8/04/94*

100015968539

| 167 | LATE FILING PENALTY ABATED | | 10-17-1994 | -$1,646.50 |
|-----|----------------------------|--|------------|------------|
| 197 | INTEREST ABATED | | 10-17-1994 | -$1,482.74 |
| 896 | OVERPAYMENT CREDIT OFFSET | | 10-17-1994 | $2,514.00 |
| 290 | ADDITIONAL TAX ASSESSED 09254-698-15358-4 | 19944408 | 11-14-1994 | $0.00 |

This Product Contains Sensitive Taxpayer Data

*B*

# Certificate of Release of Federal Tax Lien

**Form 668 (Z)**
(Rev. 10-2000)

1872

Department of the Treasury

For Use by Recording Office

**Serial Number**
190530904

Area:
**WAGE & INVESTMENT AREA #2**
Lien Unit Phone:    **(800) 913-6050**

I certify that the following-named taxpayer, under the requirements of section 6325 of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on _____ **September 15** _____.

**2004** ____ is authorized to note the books to show the release of this lien for these taxes and additions.

Name of Taxpayer    **LEMUEL & GERALDINE A BOLDEN**

Residence    **PO BOX 12**
**BELLWOOD, IL 60104-0012**

**COURT RECORDING INFORMATION:**

Liber n/a    Page n/a    UCC No. n/a    Serial No. 0425901087

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1995 | XXX-XX-2881 | 05/18/1998 | 06/17/2008 | 504.84 |
| 1040 | 12/31/1996 | XXX-XX-2881 | 09/29/1997 | 10/29/2007 | 1245.55 |
| 1040 | 12/31/1997 | XXX-XX-2881 | 06/03/2002 | 07/03/2012 | 6712.52 |
| 1040 | 12/31/2001 | XXX-XX-2881 | 05/27/2002 | 06/26/2012 | 405.87 |

Place of Filing    **Recorder of Deeds**
**Cook County**
**Chicago, IL 60602**

Total    **8867.98**

_____, on the

This notice was prepared and signed at ____ **CHICAGO, IL** ____

the **12th** day of ____ **March** ____, **2008** ____

Signature _____    Title **Director, Campus Compliance Operations**

BV

```
***   REC 2006144   075703 H6AE3CE0 CVP6  CIPQYAG   PQAG   (F-GYN )  ***
```

SOCIAL SECURITY ADMINISTRATION

Date: May 24, 2006
Claim Number: 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A

LENNEL BOLDEN
P O BOX 12
BELLWOOD IL 60104-0012

You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.

Other Important Information

SEE THE ENCLOSED NOTICE. THE LEVY AGAINST YOUR BENEFIT HAS BEEN RELEASED.

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your
local Social Security office at 708-544-4751. We can answer most questions
over the phone. You can also write or visit any Social Security office. The
office that serves your area is located at:

SOCIAL SECURITY
230 NORTH MANNHEIM RD
HILLSIDE, IL 60162

If you do call or visit an office, please have this letter with you. It will
help us answer your questions.

OFFICE MANAGER

# US Department of the Treasury
## Financial Management Service
### Offset Report as of 6-12-2007 10:01 am

| | |
|---|---|
| **Debtor TIN:** 425742881 | **Debt Status:** Z **Subject to Offset?** No |
| **Debtor Name:** BOLDEN | **Debt Type:** TX **Offset Count:** 8 |
| **Agency ID:** 51 **Agency Site ID:** MC | **Local:** Yes **Reversal Count:** 0 |
| **Agency Site Name/Address:** | |
| Internal Revenue Service | **Debt Phone:** 800-829-7650 |
| Federal Payment Levy Program | **State Phone:** |
| Stop 5050, Annex 5 | **State Coll Phone:** |
| PO Box 219236 | **National Coll Phone:** |
| Kansas City, MO 64121-9236 | |

| | Payment Date | Payment Amount | Offset Amount | Payee Name / Address | Agency Site Id | Payment Type | Reversal |
|---|---|---|---|---|---|---|---|
| 1 | 2/20/2002 | $1,403.00 | $210.45 | LENNEL BOLDEN P O BOX 12 BELLWOOD IL 601040012 | MC | SC | |
| 2 | 3/20/2002 | $1,403.00 | $210.45 | LENNEL BOLDEN P O BOX 12 BELLWOOD IL 601040012 | MC | SC | |
| 3 | 4/17/2002 | $1,403.00 | $210.45 | LENNEL BOLDEN P O BOX 12 BELLWOOD IL 601040012 | MC | SC | |
| 4 | 5/15/2002 | $1,403.00 | $210.45 | LENNEL BOLDEN P O BOX 12 BELLWOOD IL 601040012 | MC | SC | |
| 5 | 6/19/2002 | $1,403.00 | $210.45 | LENNEL BOLDEN P O BOX 12 BELLWOOD IL 601040012 | MC | SC | |
| 6 | 8/21/2002 | $1,403.00 | $210.45 | LENNEL BOLDEN P O BOX 12 BELLWOOD IL 601040012 | MC | SC | |
| 7 | 9/18/2002 | $1,403.00 | $210.45 | LENNEL BOLDEN P O BOX 12 BELLWOOD IL 601040012 | MC | SC | |
| 8 | 10/16/2002 | $1,403.00 | $210.45 | LENNEL BOLDEN P O BOX 12 BELLWOOD IL 601040012 | MC | SC | |



# US Department of the Treasury
# Financial Management Service
# Offset Report as of 6-12-2007 10:00 am

| | |
|---|---|
| **Debtor TIN:** 425742881 | **Debt Status:** R  **Subject to Offset?** No |
| **Debtor Name:** BOLDEN | **Debt Type:** TX  **Offset Count:** 3 |
| **Agency ID:** 51  **Agency Site ID:** MC | **Local:** Yes  **Reversal Count:** 0 |
| **Agency Site Name/Address:** | |
| Internal Revenue Service | **Debt Phone:** 800-829-7650 |
| Federal Payment Levy Program | **State Phone:** |
| Stop 5050, Annex 5 | **State Coll Phone:** |
| PO Box 219236 | |
| Kansas City, MO 64121-9236 | **National Coll Phone:** |

| | Payment Date | Payment Amount | Offset Amount | Payee Name / Address | Agency Site-Id | Payment Type | Reversal |
|---|---|---|---|---|---|---|---|
| 1 | 3/3/2004 | $808.60 | $121.29 | LENNEL BOLDEN<br>P O BOX 12<br>BELLWOOD IL<br>601040012 | MC | SC | |
| 2 | 4/2/2004 | $808.60 | $121.29 | LENNEL BOLDEN<br>P O BOX 12<br>BELLWOOD IL<br>601040012 | MC | SC | |
| 3 | 5/3/2004 | $808.60 | $121.29 | LENNEL BOLDEN<br>P O BOX 12<br>BELLWOOD IL<br>601040012 | MC | SC | |





**TREASURY OFFSET PROGRAM**

## How the U.S. Department of the Treasury Collects Debts Owed to Government Agencies



## Whom should I contact regarding my debt?

Contact the Federal or state agency collecting the debt which is listed in the notice you received. If you need information about whom to contact, call the TOP Call Center toll free at 1-800-304-3107, TDD# 1-866-297-0517. If your debt has been paid in full, or if you do not owe the debt for other reasons, the agency collecting the debt is responsible for instructing Treasury to stop the offset process. They are also responsible for returning to you any part of your payment that should not have been reduced.

## What does the TOP Call Center do?

We have staff at the FMS Treasury Offset Program who are here to help you understand the process, including what you need to do next. Although we cannot make arrangements for you to pay off your debt, tell you how much you owe, or refund your money, we CAN tell you whom to call. Just call our toll free number of 1-800-304-3107 and we'll do our best to help you!

For more information, visit our website at **www.fms.treas.gov/debt**



**DEPARTMENT OF THE TREASURY**
**FINANCIAL MANAGEMENT SERVICE**
**P. O. BOX 1686**
**BIRMINGHAM, AL 35201-1686**
June 12, 2007

Lennel Bolden                               SSN: 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
513 Bellarmine Drive (W), Unit B
Joliet, IL  60436

Dear Lennel Bolden:

The attached document(s) are in response to your request for information about offsets processed through the Treasury Offset Program.

If you need information about tax refund offsets that occurred prior to January 1999, you must contact the Internal Revenue Service. Their nationwide toll-free number is 1-800-829-1040.

The sample below will help you read the attached. If you need assistance, please call 1-800-304-3107.



Collection Assistance:
1-800-829-7650

|.||..|.||......||.|..|..|...|..|.|....||..||.||||.||....|||.|.|

LENNEL & GERALDINE BOLDEN
PO BOX 12
BELLWOOD   IL   60104-0012123

We recently sent you a *Final Notice Before Levy on Social Security Benefits*.  Due to a printing error, the amounts in the columns *Assessed Balance*  and *Amount You Owe*  were reversed. The amount shown under the column  *Assessed Balance*  should have been in the column *Amount You Owe*, and the amount under the column  *Amount You Owe* should have been in the column *Assessed Balance*.

We apologize for the error and any inconvenience we may have caused you.  You will find the correct account information, as of the date of the original notice, listed on the next page.  If you have already taken steps to resolve the liability, no further action is required.

If you have any questions, please contact us at 1-800-829-7650.



Service Center
**2001 Twelfth Avenue North**
**Birmingham, Alabama 35285**

August 14, 2003

Refer To:  S2D45A8
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-A

Lennel Bolden
P O Box 12
Bellwood Il 60104

Dear Mr. Bolden::

We are writing to tell you that the Internal Revenue Service (IRS) will take $753.40 of your Social Security benefit beginning with the check dated September 3, 2003 because you owe them money. Although the Notice of Levy shows that the IRS is owed $15,387.60, the IRS tells us that this amount can change.  The IRS will continue to take the payment until the money you owe the IRS is paid.

If you need more information or have any questions, please contact your local IRS office.

Sincerely,

Quittie C. Wilson
Assistant Regional Commissioner
Processing Center Operations



D- (1-5

| 670 | SUBSEQUENT PAYMENT | | 05-15-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT | | 06-19-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT | | 08-21-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT | | 09-18-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT | | 10-16-2002 | -$210.45 |
| 582 | FEDERAL TAX LIEN | | 09-10-2004 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | | 10-04-2004 | $22.00 |
| 670 | SUBSEQUENT PAYMENT | | 01-09-2005 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 02-06-2005 | -$646.26 |
| 276 | FAILURE TO PAY TAX PENALTY | 20050808 | 03-07-2005 | $132.11 |
| 670 | SUBSEQUENT PAYMENT | | 03-07-2005 | -$753.40 |
| 196 | INTEREST ASSESSED | 20051108 | 03-28-2005 | $182.76 |
| 276 | FAILURE TO PAY TAX PENALTY | 20051108 | 03-28-2005 | $570.64 |
| 670 | SUBSEQUENT PAYMENT | | 04-07-2005 | -$753.40 |
| 196 | INTEREST ASSESSED | 20051508 | 04-25-2005 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | | 05-06-2005 | -$753.40 |
| 196 | INTEREST ASSESSED | 20051908 | 05-23-2005 | $753.40 |

This Product Contains Sensitive Taxpayer Data

D - 1

100015968539

This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

Account Transcript

FORM NUMBER: 1040                    TAX PERIOD: Dec. 31, 1996

TAXPAYER IDENTIFICATION NUMBER:          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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   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

LENNEL & GERALDINE A BOLDEN



Any minus sign shown below signifies a credit amount.

03293

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         14.51          AS OF: Jun. 25, 2007
ACCRUED PENALTY:          0.00           AS OF: Jun. 25, 2007

ACCOUNT BALANCE
PLUS ACCRUALS:            14.51

** EXEMPTIONS:            06             ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:                52,301.00
** TAXABLE INCOME:        32,851.00
   TAX PER RETURN:        0.00
** SE TAXABLE INCOME
   TAXPAYER:              0.00
** SE TAXABLE INCOME
   SPOUSE:                0.00
** TOTAL SELF
   EMPLOYMENT TAX:        0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 15, 1997

PROCESSING DATE: Sep. 29, 1997

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED | 19973808 | 09-29-1997 | $4,931.00 |
|  | 09221-151-30114-7 |  |  |  |
| 806 | WITHHOLDING CREDIT |  | 04-15-1997 | -$2,120.00 |
| 196 | INTEREST ASSESSED | 19973808 | 09-29-1997 | $118.15 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED |  | 04-27-2000 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCL AIMED |  | 03-21-2000 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCL AIMED |  | 05-17-2000 | $0.00 |
| 670 | SUBSEQUENT PAYMENT |  | 02-20-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT |  | 03-20-2002 | -$210.45 |
| 670 | SUBSEQUENT PAYMENT |  | 04-17-2002 | -$210.45 |

100015968539

| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCL AIMED | | 05-17-2000 | $0.00 |
|---|---|---|---|---|
| 670 | SUBSEQUENT PAYMENT | | 09-08-2003 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 10-09-2003 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 11-09-2003 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 12-07-2003 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 01-09-2004 | -$753.40 |
| 276 | FAILURE TO PAY TAX PENALTY | 20040408 | 02-09-2004 | $23.64 |
| 670 | SUBSEQUENT PAYMENT | | 02-08-2004 | -$753.40 |
| 196 | INTEREST ASSESSED | 20040708 | 03-01-2004 | $205.54 |
| 276 | FAILURE TO PAY TAX PENALTY | 20040708 | 03-01-2004 | $547.86 |
| 670 | SUBSEQUENT PAYMENT | | 03-07-2004 | -$753.40 |
| 196 | INTEREST ASSESSED | 20041108 | 03-29-2004 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | | 04-15-2004 | -$753.40 |
| 196 | INTEREST ASSESSED | 20041608 | 05-03-2004 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | | 05-09-2004 | -$120.52 |
| 196 | INTEREST ASSESSED | 20042008 | 05-31-2004 | $120.52 |

This Product Contains Sensitive Taxpayer Data

2

100015968539
## This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

### Account Transcript

FORM NUMBER: 1040              TAX PERIOD: Dec. 31, 1994

TAXPAYER IDENTIFICATION NUMBER:              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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:       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

LENNEL & GERALDINE BOLDEN

Any minus sign shown below signifies a credit amount.

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | -0.25 | AS OF: Jun. 25, 2007 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jun. 25, 2007 |

ACCOUNT BALANCE
PLUS ACCRUALS:        -0.25

** EXEMPTIONS:        06                ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
INCOME:               52,929.00
** TAXABLE INCOME:    31,879.00
TAX PER RETURN:       0.00
** SE TAXABLE INCOME
TAXPAYER:             0.00
** SE TAXABLE INCOME
SPOUSE:               0.00
** TOTAL SELF
EMPLOYMENT TAX:       0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Jan. 24, 1997

PROCESSING DATE: May 26, 1997

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 09221-032-37019-7 | 19972008 | 05-26-1997 | $0.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1995 | -$2,495.00 |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 08-15-1995 | | 04-15-1995 | $0.00 |
| 576 | UNALLOWABLE TAX HOLD | | 05-26-1997 | $2,495.00 |
| 160 | LATE FILING PENALTY | 19981808 | 05-18-1998 | $571.50 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION 09247-514-00086-8 | 19981808 | 05-18-1998 | $4,781.00 |
| 577 | UNALLOWABLE TAX HOLD REVERSED | | 05-26-1997 | -$2,495.00 |
| 421 | RENUMBERED RETURN 09247-514-00086-8 | | 05-18-1998 | $0.00 |
| 336 | INTEREST ASSESSED | 19981808 | 05-18-1998 | $885.86 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 04-27-2000 | $0.00 |

03295

| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 04-27-2000 | $0.00 |
|---|---|---|---|---|
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | 05-17-2000 | $0.00 |
| 706 | OVERPAID CREDIT APPLIED 1040 199812 | | 04-15-1999 | -$303.00 |
| 706 | OVERPAID CREDIT APPLIED 1040 200012 | | 04-15-2001 | -$206.00 |
| 670 | SUBSEQUENT PAYMENT | | 05-09-2004 | -$632.88 |
| 670 | SUBSEQUENT PAYMENT | | 06-07-2004 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 07-09-2004 | -$753.40 |
| 706 | OVERPAID CREDIT APPLIED 1040 200212 | | 04-15-2003 | -$63.00 |
| 670 | SUBSEQUENT PAYMENT | | 08-09-2004 | -$753.40 |
| 582 | FEDERAL TAX LIEN | | 09-10-2004 | $0.00 |
| 670 | SUBSEQUENT PAYMENT | | 09-07-2004 | -$753.40 |
| 276 | FAILURE TO PAY TAX PENALTY | 20043808 | 10-04-2004 | $249.36 |
| 670 | SUBSEQUENT PAYMENT | | 10-08-2004 | -$753.40 |
| 196 | INTEREST ASSESSED | 20044208 | 11-01-2004 | $235.71 |
| 276 | FAILURE TO PAY TAX PENALTY | 20044208 | 11-01-2004 | $517.69 |
| 670 | SUBSEQUENT PAYMENT | | 11-08-2004 | -$753.40 |
| 196 | INTEREST ASSESSED | 20044608 | 11-29-2004 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | | 12-09-2004 | -$753.40 |
| 196 | INTEREST ASSESSED | 20045108 | 01-03-2005 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | | 02-06-2005 | -$107.14 |
| 196 | INTEREST ASSESSED | 20050808 | 03-07-2005 | $107.14 |

This Product Contains Sensitive Taxpayer Data

3

100015968539
This Product Contains Sensitive Taxpayer Data

Request Date: 06-18-2007
Response Date: 06-18-2007
IRS Employee Number: 39LHB
Tracking Number: 100015968539

Account Transcript

FORM NUMBER: 1040                TAX PERIOD: Dec. 31, 1995

TAXPAYER IDENTIFICATION NUMBER:              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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:       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

LENNEL & GERALDINE A BOLDEN

Any minus sign shown below signifies a credit amount.

03294   ACCOUNT BALANCE:         0.00
        ACCRUED INTEREST:       -0.01        AS OF: Jun. 25, 2007
        ACCRUED PENALTY:         0.00        AS OF: Jun. 25, 2007

        ACCOUNT BALANCE
        PLUS ACCRUALS:          -0.01

        ** EXEMPTIONS:           06          ** FILING STATUS: Married Filing Joint
        ** ADJUSTED GROSS
           INCOME:            60,033.00
        ** TAXABLE INCOME:    38,483.00
           TAX PER RETURN:       0.00
        ** SE TAXABLE INCOME
           TAXPAYER:            0.00
        ** SE TAXABLE INCOME
           SPOUSE:             0.00
        ** TOTAL SELF
           EMPLOYMENT TAX:     0.00

        ** PER RETURN OR AS ADJUSTED

        RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Jan. 24, 1997

                                        PROCESSING DATE: May 05, 1997

                                  TRANSACTIONS
CODE  EXPLANATION OF TRANSACTION      CYCLE      DATE           AMOUNT
150   RETURN FILED AND TAX ASSESSED   19971708   05-05-1997     $821.00
      09221-032-37018-7

                                                 04-15-1996    -$2,521.00
806   WITHHOLDING CREDIT

                                                 05-05-1997     $1,700.00
576   UNALLOWABLE TAX HOLD

300   ADDITIONAL TAX ASSESSED BY      19981808   05-18-1998     $4,950.00
      EXAMINATION
      09247-518-00107-8

                                                 05-05-1997    -$1,700.00
577   UNALLOWABLE TAX HOLD REVERSED

                                                 05-18-1998     $0.00
421   RENUMBERED RETURN
      09247-518-00107-8

340   RESTRICTED INTEREST ASSESSED    19982608   07-13-1998     $688.79

290   ADDITIONAL TAX ASSESSED         19982608   07-13-1998     $0.00
      09254-573-15008-8

340   RESTRICTED INTEREST ASSESSED    19983108   08-17-1998     $30.33

290   ADDITIONAL TAX ASSESSED         19983108   08-17-1998     $0.00
      09254-608-05000-8

100009232848

| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCL AIMED | | 05-17-2000 | $0.00 |
|-----|------|------|------|------|
| 670 | SUBSEQUENT PAYMENT | | 09-08-2003 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 10-09-2003 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 11-09-2003 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 12-07-2003 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 01-09-2004 | -$753.40 |
| 276 | FAILURE TO PAY TAX PENALTY | 20040408 | 02-09-2004 | $23.64 |
| 670 | SUBSEQUENT PAYMENT | | 02-08-2004 | -$753.00 |
| 196 | INTEREST ASSESSED | 20040708 | 03-01-2004 | $205.54 |
| 276 | FAILURE TO PAY TAX PENALTY | 20040708 | 03-01-2004 | $547.86 |
| 670 | SUBSEQUENT PAYMENT | | 03-07-2004 | -$753.40 |
| 196 | INTEREST ASSESSED | 20041108 | 03-29-2004 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | | 04-15-2004 | -$753.40 |
| 196 | INTEREST ASSESSED | 20041608 | 05-03-2004 | $753.40 |
| 670 | SUBSEQUENT PAYMENT | | 05-09-2004 | -$120.52 |
| 196 | INTEREST ASSESSED | 20042008 | 05-31-2004 | $120.52 |

This Product Contains Sensitive Taxpayer Data

100009232848
## This Product Contains Sensitive Taxpayer Data

Request Date: 09-25-2006
Response Date: 09-25-2006
IRS Employee Number: K12DB
Tracking Number: 100009232848

### Account Transcript

FORM NUMBER: 1040             TAX PERIOD: Dec. 31, 1994

        TAXPAYER IDENTIFICATION NUMBER:          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
        SPOUSE TAXPAYER IDENTIFICATION NUMBER:   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

        LENNEL & GERALDINE BOLDEN

        Any minus sign shown below signifies a credit amount.

002348  ACCOUNT BALANCE:        0.00
        ACCRUED INTEREST:      -0.25          AS OF: Jan. 09, 2006
        ACCRUED PENALTY:        0.00          AS OF: Jan. 09, 2006

        ACCOUNT BALANCE
        PLUS ACCRUALS:         -0.25

        ** EXEMPTIONS:          06             ** FILING STATUS: Married Filing Joint
        ** ADJUSTED GROSS
           INCOME:             52,929.00
        ** TAXABLE INCOME:     31,879.00
           TAX PER RETURN:      0.00
        ** SE TAXABLE INCOME
           TAXPAYER:            0.00
        ** SE TAXABLE INCOME
           SPOUSE:              0.00
        ** TOTAL SELF
           EMPLOYMENT TAX:      0.00

        ** PER RETURN OR AS ADJUSTED

        RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Jan. 24, 1997

                                              PROCESSING DATE: May 26, 1997

                              TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED 09221-032-37019-7 | | 05-26-1997 | $0.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1995 | -$2,495.00 |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 08-15-1995 | | 04-15-1995 | $0.00 |
| 576 | UNALLOWABLE TAX HOLD | | 05-26-1997 | $2,495.00 |
| 160 | LATE FILING PENALTY | 19981808 | 05-18-1998 | $571.50 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION 09247-514-00086-8 | 19981808 | 05-18-1998 | $4,781.00 |
| 577 | UNALLOWABLE TAX HOLD REVERSED | | 05-26-1997 | -$2,495.00 |
| 421 | RENUMBERED RETURN 09247-514-00086-8 | | 05-18-1998 | $0.00 |
| 336 | INTEREST ASSESSED | 19981808 | 05-18-1998 | $885.86 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 04-27-2000 | $0.00 |

100009232848

| 670 | SUBSEQUENT PAYMENT | 10-06-2005 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | 12-05-2005 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | 02-07-2006 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | 03-05-2006 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | 04-05-2006 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | 05-01-2006 | -$753.40 |

This Product Contains Sensitive Taxpayer Data

100009232848
## This Product Contains Sensitive Taxpayer Data

Request Date: 09-25-2006
Response Date: 09-25-2006
IRS Employee Number: K12DB
Tracking Number: 100009232848

### Account Transcript

FORM NUMBER: 1040                 TAX PERIOD: Dec. 31, 1997

        TAXPAYER IDENTIFICATION NUMBER:         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
        SPOUSE TAXPAYER IDENTIFICATION NUMBER:  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

        LENNEL & GERALDINE BOLDEN

        Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:        29.06
ACCRUED INTEREST:       1,421.63        AS OF: Sep. 11, 2006
ACCRUED PENALTY:        970.25          AS OF: Sep. 11, 2006

ACCOUNT BALANCE
PLUS ACCRUALS:          2,420.94

** EXEMPTIONS:          07              ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS
   INCOME:              67,053.00
** TAXABLE INCOME:      44,253.00
   TAX PER RETURN:      7,041.00
** SE TAXABLE INCOME
   TAXPAYER:            0.00
** SE TAXABLE INCOME
   SPOUSE:              0.00
** TOTAL SELF
   EMPLOYMENT TAX:      0.00

** PER RETURN OR AS ADJUSTED

    RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Apr. 23, 2002

                                        PROCESSING DATE: Jun. 03, 2002

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED 09221-125-13819-2 | 20022108 | 06-03-2002 | $7,041.00 |
| 806 | WITHHOLDING CREDIT | | 04-15-1998 | -$3,160.00 |
| 166 | LATE FILING PENALTY | 20022108 | 06-03-2002 | $970.25 |
| 196 | INTEREST ASSESSED | 20022108 | 06-03-2002 | $1,861.27 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 10-13-2003 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 10-13-2003 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 09-10-2004 | $0.00 |
| 706 | OVERPAID CREDIT APPLIED 1040 199912 | | 06-09-2005 | -$656.26 |
| 670 | SUBSEQUENT PAYMENT | | 08-04-2005 | -$753.40 |
| 670 | SUBSEQUENT PAYMENT | | 09-06-2005 | -$753.40 |

We wanted to ensure that you and your spouse received this notice, so we've sent a copy to each of you. Each copy contains the same information related to your joint account. Any amount you owe or balance due shown should be paid only once. We will issue any refund shown only once.

## Account Summary — LENNEL & GERALDINE BOLDEN — 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

| Type of Tax | Period Ending | Assessed Balance | Accrued Interest | Late Payment Penalty | Total |
|---|---|---|---|---|---|
| 1040 | 12-31-1997 | $ 0.00 | $ 1,473.03 | $ 731.53 | $ 2,204.56 |
| 1040 | 12-31-2004 | $ 1,959.14 | $ 131.29 | $ 56.72 | $ 2,147.15 |
| 1040 | 12-31-2005 | $ 1,201.49 | $ 96.96 | $ 137.19 | $ 1,435.64 |

**Total Amount Due   $   5,787.35**

| Type of Tax | Period Ending | Name of Return |
|---|---|---|
| 1040 | 12-31-2003 | US INDIVIDUAL INCOME TAX RETURN |

E-1-4

Department of the Treasury   Internal Revenue Service

**IRS** Department of the Treasury
Internal Revenue Service
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

Date:
APR. 28, 2007

Taxpayer Identifying Number:
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    U 01

Contact Telephone Number:
TOLL FREE:   1-800-829-7650
BEST TIME TO CALL:
MON - FRI  8:00 AM TO 8:00 PM
ASISTENCIA EN ESPANOL 1-800-829-7650

005280.379837.0021.001 1 MB 0.326 #55
||.||..||....|.|.|.||.|....|||.|.||..||.|.||.|.|.|.||

LENNEL BOLDEN
513 W BELLARMINE DR APT B
JOLIET  IL   60436-1863742

005280

Provide Us With Your Telephone Numbers So We May Contact You

Home: _____        Best time to call: _____

Work : _____        Best time to call: _____

Enclose your payment, tax returns or other correspondence and return with this cover sheet.

Fold this cover sheet so our address appears in the window of the enclosed envelope.

FOLD HERE    and return with your reply        FOLD HERE    and return with your reply

Automated Collection System
LT39

Amount Enclosed:$ _____

Internal Revenue Service
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

LT Coversheet  (except LT11/LT11NC) (01- 2004)

We wanted to ensure that you and your spouse received this notice, so we've sent a copy to each of you. Each copy contains the same information related to your joint account. Any amount you owe or balance due shown should be paid only once. We will issue any refund shown only once.

## Account Summary     LENNEL & GERALDINE BOLDEN          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

| Type of Tax | Period Ending | Assessed Balance | Accrued Interest | Late Payment Penalty | Total |
|---|---|---|---|---|---|
| 1040 | 12-31-1997 | $ 4,549.46 | $ 1,236.31 | $ 970.25 | $ 6,756.02 |

|  |  |  | Total Amount Due  $ | 6,756.02 |

| Type of Tax | Period Ending | Name of Return |
|---|---|---|
| 1040 | 12-31-2003 | US INDIVIDUAL INCOME TAX RETURN |

E-1

We wanted to ensure that you and your spouse received this notice, so we've sent a copy to each of you. Each copy contains the same information related to your joint account. Any amount you owe or balance due shown should be paid only once. We will issue any refund shown only once.

## Account Summary

LENNEL & GERALDINE A BOLDEN                    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

| Type of Tax | Period Ending | Assessed Balance | Accrued Interest | Late Payment Penalty | Total |
|---|---|---|---|---|---|
| 40 | 12-31-1996 | $ 0.00 | $ 1,522.66 | $ 0.00 | $ 1,522.66 |
| 40 | 12-31-1997 | $ 6,712.52 | $ 1,039.05 | $ 970.25 | $ 8,721.82 |
| 40 | 12-31-1999 | $ 79.11 | $ 11.29 | $ 11.88 | $ 102.28 |
| 40 | 12-31-2001 | $ 405.87 | $ 88.83 | $ 131.51 | $ 626.21 |

Total Amount Due    $    10,972.97

| Type of Tax | Period Ending | Name of Return |
|---|---|---|
| | | |

Department of the Treasury -- Internal Revenue Service

Department of ...
Internal Revenue Service
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

APR. 07, 2009

Taxpayer Identifying Number:
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   M 00

Caller ID:      278004

Contact Telephone Number:
TOLL FREE: 1-800-829-7650
BEST TIME TO CALL:
MON - FRI 8:00 AM TO 8:00 PM
ASISTENCIA EN ESPANOL 1-800-829-7650

LENNEL BOLDEN
PO BOX 12
BELLWOOD IL   60104-0012123

;30

## Reminder Notice

We are required by law to remind you periodically in writing about your overdue tax. The amount you owe is shown on the back of this letter.

You do not need to contact us about this letter if you are working with us to resolve your account. However, please call the telephone number listed above if you:

- have unanswered questions about the overdue taxes.
- wrote or called us more than 30 days ago and have not received a reply.

If you have NOT been working with us to resolve your account, please read the rest of this letter carefully. Then, based upon your situation, take the action listed in either Step 1 or Step 2.

**Step 1:**
If you agree with the amount shown on the back of this letter and have no questions, send us full payment. Make your check or money order payable to United States Treasury. Write your tax identifying number and the tax period(s) on your payment. Use the envelope provided and include the enclosed return cover sheet when sending us your payment or correspondence. Keep this letter for your records.

**Step 2:**
Call the telephone number listed above if you:

- believe the overdue tax is incorrect or have other questions.
- are unable to pay your overdue taxes in full. Be ready to tell us what your monthly income and expenses are so we can help you arrange a payment plan.

This office is authorized to take enforcement action to collect the amount you owe. This can include taking your property, or rights to property, such as wages, bank accounts, real estate or automobiles. We may also file a Notice of Federal Tax Lien without giving you advance notice. A lien is public notice to your creditors that the government has a right to your interests in your current assets and assets you acquire after we file a lien. This can affect your ability to obtain credit. To avoid possible enforcement actions, we must hear from you within 10 days from the date of this letter.

Enclosures: Return Cover Sheet, Envelope



Operations Manager, Automated Collection System

*425742881103*

Letter 3228 (Rev. 01-2004)(LT-39)

## ACCOUNT INFORMATION

LENNEL & GERALDINE  BOLDEN                                   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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040 | DEC. 31, 1997 | $6,712.52 | $659.77 | $567.60 | $7,939.89 |
| 1040 | DEC. 31, 2001 | $769.74 | $66.52 | $54.58 | $890.84 |

**Payment Stub**                          Fold and return this page with your request, inquiry, or payment.

WI          CP -91

**Your Telephone Number:**          **Best Time to Call**                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

(     ) _____ - _____          _____ AM _____ PM          Amount you owe:          $8,830.73
                                                                    Less payments not
                                                                    included
                                                                    Adjusted amount

Internal Revenue Service                          LENNEL & GERALDINE   BOLDEN
KANSAS CITY,  MO   64999-0029                      PO BOX 12
|ll..l..ll.l.l..l.l.l.l..ll...l..ll.l...l.ll       BELLWOOD  IL   60104-0012123

nuary 2001)

7/31/2003

TELEPHONE NUMBER
OF IRS OFFICE:
TOLL FREE    1-800-829-7650
WI

DRESS:

ERNAL REVENUE SERVICE
P.O. BOX 219236
KANSAS CITY, MO 64121-9236

DPC05

NAME AND ADDRESS OF TAXPAYER:

TO: P

SOCIAL SECURITY ADMINISTRATION
S E PROGRAM CNTR - ARC PROCESS CNTR
2001 TWELFTH AVE NORTH
BIRMINHAM, AL     35285

LENNEL & GERALDINE A BOLDEN
PO BOX 12
BELLWOOD IL 60104-0012123

IDENTIFYING NUMBER(S):    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

BOLD B   01

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12-31-1994 | $ 3,743.36 | $ 2,329.76 | $ 6,073.12 |
| 1040 | 12-31-1995 | $ 3,460.12 | $ 2,398.33 | $ 5,858.45 |
| 1040 | 12-31-1996 | $ 1,245.55 | $ 2,210.48 | $ 3,456.03 |

Total Amount Due ▶    $   15,387.60

We figured the interest and late payment penalty to ____ 08-28-2003

Although we have told you to pay the amount you owe, it is still not paid.

This is your copy of a Notice of Levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

This levy requires the person who received it to turn over to us: (1) your wages and salary that have been earned but not paid yet, as well as wages and salary you earn in the future until this levy is released, and (2) your other income that the person has now or is obligated to pay you. These are levied to the extent they are not exempt as explained on the back of Part 5 of this form.

If you decide to pay the amount you owe now, please **bring a guaranteed payment (cash, cashier's check,** certified check, or money order) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

**Please see the back of Part 5 for Instructions.**

Signature of Service Representative

Title **Operations Manager, Collection**

FORM 668-W(c) (Rev.1-01) 1674E

Part 2 - FOR TAXPAYER

| Form 668 (Y)(c) | 1872 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Lien** |

| Area:<br>WAGE & INVESTMENT AREA #4<br>Lien Unit Phone:  (800) 829-7650 | Serial Number<br><br>190530904 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

• This Notice of Federal Tax Lien has been filed as a matter of public record.

• IRS will continue to charge penalty and interest until you satisfy the amount you owe.

• Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.

• See the back of this page for an explanation of your Administrative Appeal rights.

Name of Taxpayer
LENNEL & GERALDINE A BOLDEN

001633

Residence
PO BOX 12
BELLWOOD, IL 60104-0012

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1995 | 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 | 05/18/1998 | 06/17/2008 | 504.04 |
| 1040 | 12/31/1996 | 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 | 09/29/1997 | 10/29/2007 | 1245.55 |
| 1040 | 12/31/1997 | 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 | 06/03/2002 | 07/03/2012 | 6712.52 |
| 1040 | 12/31/2001 | 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 | 05/27/2002 | 06/26/2012 | 405.87 |

| Place of Filing | | |
|---|---|---|
| Recorder of Deeds<br>Cook County<br>Chicago, IL 60602 | Total | 8867.98 |

This notice was prepared and signed at _____CHICAGO, IL_____ , on this,

the __07th__ day of __September__ , __2004__ .

| Signature<br>*C. Sherwood*<br>for DENISE BRADLEY | Title<br>ACS<br>(800) 829-7650 | 14-00-0000 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

CAT. NO 60025X
Form **668 (Y)(c)** (Rev. 02-04)

## Lien

This Notice of Federal Tax Lien gives public notice that the government has a lien on all your property (such as your house or car), all your rights to property (such as money owed to you) and to property you acquire after this lien is filed.

### Your Administrative Appeal Rights

If you believe the IRS filed this Notice of Federal Tax Lien in error, you may appeal if any of the following conditions apply:

- You had paid all tax, penalty and interest before the lien was filed;

- IRS assessed tax after the date you filed a petition for bankruptcy;

- IRS mailed your notice of deficiency to the wrong address;

- You have already filed a timely petition with the Tax Court;

- The statute of limitations for collection ended before IRS filed the notice of lien.

### Your appeal request must be in writing and contain the following:

- Your name, current address and SSN/EIN;

- Copy of this notice of lien, if available;

- The specific reason(s) why you think the IRS is in error;

- Proof that you paid the amount due (such as cancelled check);

- Proof that you filed a bankruptcy petition before this lien was filed.

Send your written request to the IRS, Attention: Technical Services Group Manager, in the office where this notice of lien was filed.

### When This Lien Can Be Released

The IRS will issue a Certificate of Release of Federal Tax Lien within 30 days after:

- You pay the tax due, including penalties, interest, and any other additions under law, or IRS adjusts the amount due, or;

- The end of the time period during which we can collect the tax (usually 10 years).

Publication 1450, Request for Release of Federal Tax Lien, available at IRS offices, describes this process.

### When a Lien against Property can be Removed

The IRS may remove the lien from a specific piece of property if any of the following conditions apply:

- You have other property subject to this lien that is worth at least two times the total of the tax you owe, including penalties and interest, plus the amount of any other debts you owe on the property (such as a mortgage);

- You give up ownership in the property and IRS receives the value of the government's interest in the property;

- IRS decides the government's interest in the property has no value when you give up ownership;

- The property in question is being sold; there is a dispute about who is entitled to the sale proceeds; and the proceeds are placed in escrow while the dispute is being resolved.

Publication 783, Instructions on How to Apply for a Certificate of Discharge of Property from a Federal Tax Lien, available at IRS offices, describes this process.

## Gravamen

Este Aviso de Gravamen del Impuesto Federal da aviso público que el gobierno tiene un gravamen en todas sus propiedades (tal como su casa o carro), todos sus derechos a propiedad (tales como el dinero que le adeudan a usted) y la propiedad que adquiera después que se presentó éste gravamen.

### Sus Derechos de Apelación Administrativos

Si usted cree que el IRS presentó éste Aviso de Gravamen del Impuesto Federal por error, usted puede apelar si cualquiera de las siguientes condiciones le aplican:

- Usted pagó todo el impuesto, multa, interés antes de que el gravamen fuera presentado;

- El IRS tasó el impuesto después del la fecha en que usted presentó una petición de quiebra;

- El IRS le envió por correo el aviso de deficiencia a una dirección incorrecta;

- Usted presentó a tiempo una petición ante la Corte de Impuesto;

- El IRS no presentó el aviso de gravamen dentro del término prescriptivo.

### Su petición de apelación tiene que estar por escrito y debe incluir lo siguiente:

- Su nombre, dirección actual y SSN/EIN;

- Una copia de este aviso de gravamen, si está disponible;

- La razón (o razones) específica(s) por qué piensa que el IRS está erróneo;

- Prueba que pagó la cantidad adeudada (tal como un cheque cancelado);

- Prueba que presentó una petición de quiebra antes de que se presentara el gravamen.

Envíe su petición por escrito al IRS, Atención; "Technical Services Group Manager" (Grupo de Gerente-Servicios Técnicos) en la oficina dónde este aviso de gravamen fue presentado.

### Cuándo Este Gravamen Se Puede Cancelar

El IRS emitirá un Certificado de Cancelación de Gravamen del Impuesto Federal dentro de 30 días después que:

- Usted paga el impuesto adeudado, incluyendo multas, intereses, y otras sumas adicionales según la ley, o el IRS ajusta la cantidad adeudada, o;

- Aceptemos una fianza garantizando el pago de su deuda;

- La expiración del término en que podemos cobrar el impuesto (usualmente 10 años).

La Publicación 1450, en inglés, "Petición Para Cancelar el Gravamen del Impuesto Federal", describe este proceso y está disponible en las oficinas del IRS.

### Cuándo un Gravamen en Contra de la Propiedad Puede Eliminarse

El IRS puede eliminar el gravamen de una propiedad específica si cualquiera de las siguientes condiciones aplican:

- Usted tiene otra propiedad sujeta a este gravamen cuyo valor es por lo menos dos veces el total del impuesto que usted adeuda, incluyendo intereses y multas, más la cantidad de cualquiera de las otras deudas que adeuda sobre la propiedad (tal como una hipoteca);

- Usted cede su interés en la propiedad y el IRS recibe el valor del interés del gobierno en la propiedad;

- El IRS decide que el interés del gobierno en la propiedad no tiene valor alguno cuando usted cedió su interés en la propiedad;

- La propiedad gravada será vendida; existe una controversia sobre quién tiene derecho al producto de la venta; y se depositan los fondos recibidos en la venta en una cuenta especial en lo que se resuelve la controversia.

La Publicación 783 en inglés, "Instrucciones de Cómo Solicitar un Certificado de Relevo de la Propiedad de un Gravamen del Impuesto Federal", describe este proceso y está disponible en las oficinas del IRS.

Form **668 (Y) (c)** (Rev. 02-2004)

We wanted to ensure that you and your spouse received this notice, so we've sent a copy to each of you. Each copy contains the same information related to your joint account. Any amount you owe or balance due shown should be paid only once. We will issue any refund shown only once.

## Account Summary

**LENNEL & GERALDINE BOLDEN**          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

| Type of Tax | Period Ending | Assessed Balance | Accrued Interest | Late Payment Penalty | Total |
|---|---|---|---|---|---|
| 1040 | 12-31-1994 | $ 1,483.16 | $ 1,815.55 | $ 714.37 | $ 4,013.08 |
| 1040 | 12-31-1995 | $ 3,460.12 | $ 1,702.21 | $ 767.05 | $ 5,929.38 |
| 1040 | 12-31-1996 | $ 1,245.55 | $ 1,546.09 | $ 702.75 | $ 3,494.39 |

**Total Amount Due          13,436.85**

| Type of Tax | Period Ending | Name of Return |
|---|---|---|
|  |  |  |

Department of the Treasury
Internal Revenue Service
P.O. BOX 219236
KANSAS CITY, MO 64121-9236

**Date:**
DEC. 13, 2003

**Taxpayer Identifying Number:**
  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    B 01

**Caller ID:**                          278004

**Contact Telephone Number:**


TOLL FREE: 1-800-829-7650
8:00 AM TO 8:00 PM MON- FRI


GERALDINE A BOLDEN
PO BOX 12
BELLWOOD IL 60104-0012123

## Reminder Notice

We are required by law to remind you periodically in writing about your overdue tax. The amount you owe is shown on the back of this letter.

You do not need to contact us about this letter if you are working with us to resolve your account. However, please call the telephone number listed above if you:

- have unanswered questions about the overdue taxes.
- wrote or called us more than 30 days ago and have not received a reply.

If you have NOT been working with us to resolve your account, please read the rest of this letter carefully. Then, based upon your situation, take the action listed in either Step 1 or Step 2.

### Step 1:
Send us the full payment if you agree with the amount you owe shown on the back of this letter and have no questions. Make your check or money order payable to United States Treasury. Write your social security number or employer identification number and the tax year on your payment. Send your payment in the enclosed envelope with a copy of this letter.

### Step 2:
Call the telephone number listed above if you:

- believe the overdue tax is incorrect or have other questions.
- are unable to pay your overdue taxes in full. Be ready to tell us what your monthly income and expenses are so we can help you arrange a payment plan.

This office is authorized to take enforcement action to collect the amount you owe. This can include taking your property, or rights to property, such as wages, bank accounts, real estate or automobiles. We may also file a Notice of Federal Tax Lien without giving you advance notice. A lien is public notice to your creditors that the government has a right to your interests in your current assets and assets you acquire after we file a lien. This can affect your ability to obtain credit. To avoid possible enforcement actions, we must hear from you within 10 days from the date of this notice.

Enclosures:
Copy of this letter
Envelope

Operations Manager, Automated Collection System


*425742881103*

Letter 3228 (Rev. 01-2002)(LT-39)

AGE NO-0001                                          IRS EMPLOYEE 0170404876

ATE REQUESTED 09-26-2002                             PRINT DATE 09-26-2002

ORM NUMBER: 1040                                     TAX PERIOD: DEC  2001

                TAXPAYER IDENTIFICATION NUMBER: 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
           ** SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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

        LENNEL & GERALDINE A BOLDEN
        26 GIBSON BLVD
        VALLEY STREAM        NY 11581-2001-993        BODC-WI BODCLC-

-- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

        ACCOUNT BALANCE:           769.74
        ACCRUED INTEREST:            7.24  AS OF 10-15-2002
        ACCRUED PENALTY:             3.69  AS OF 10-15-2002

        ACCOUNT BALANCE
          PLUS ACCRUALS:          780.67


* EXEMPTIONS: 04                    **FILING STATUS: MARRIED FILING JOINT
* ADJUSTED GROSS INCOME:     24,537.00
* TAXABLE INCOME:             8,037.00
  TAX PER RETURN:               461.00

* PER RETURN OR AS ADJUSTED

4-15-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
5-27-2002 PROCESSING DATE


                        TRANSACTIONS

                                                    MONEY AMOUNT
ODE              EXPLANATION                 DATE    (IF APPLICABLE)
150  RETURN FILED AND TAX ASSESSED        05-27-2002      1,092.15

806  CREDIT FROM WITHHELD TAXES & EXCESS FICA  04-15-2002    63.00-
276  FAILURE TO PAY TAX PENALTY           05-27-2002         3.98
        200220
196  INTEREST ASSESSED                    05-27-2002         7.13
        200220
976  AMENDED RETURN FILED                 04-15-2002         0.00

290  ADDITIONAL TAX ASSESSED              08-05-2002         0.00
                 200230
291  PRIOR TAX ABATED                     08-19-2002       290.00-

196  INTEREST ASSESSED                    08-19-2002         8.39
        200232
276  FAILURE TO PAY TAX PENALTY           08-19-2002        11.09
        200232

1-26-2002

PRINT DATE 09-26-2002

TAX PERIOD: DEC  2000

TAXPAYER IDENTIFICATION NUMBER: 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
TAXPAYER IDENTIFICATION NUMBER: 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

LENNEL & GERALDINE A BOLDEN
26 GIBSON BLVD
VALLEY STREAM      NY 11581-2001-993      BODC-WI BODCLC-

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

```
ACCOUNT BALANCE:            0.00
ACCRUED INTEREST:           0.00   AS OF 10-07-2002
ACCRUED PENALTY:            0.00   AS OF 10-07-2002

ACCOUNT BALANCE
   PLUS ACCRUALS:           0.00
```

```
** EXEMPTIONS: 04               **FILING STATUS: MARRIED FILING JOINT
** ADJUSTED GROSS INCOME:    25,572.00
** TAXABLE INCOME:            3,186.00
   TAX PER RETURN:             152.00
```

(* PER RETURN OR AS ADJUSTED

)4-25-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
)5-27-2002 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|------|-------------|------|------------------------------|
| 150 | RETURN FILED AND TAX ASSESSED | 05-27-2002 | 896.00 |
| 806 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 04-15-2001 | 682.00- |
| 166 | LATE FILING PENALTY | 05-27-2002 | 100.00 |
|     | 200220 | | |
| 196 | INTEREST ASSESSED | 05-27-2002 | 24.83 |
|     | 200220 | | |
| 291 | PRIOR TAX ABATED | 08-19-2002 | 420.00- |
| 167 | LATE FILING PENALTY ABATED | 08-19-2002 | 100.00- |
| 197 | INTEREST ABATED | 08-19-2002 | 24.83- |
| 826 | OVERPAYMENT CREDIT TRANSFERRED | 04-15-2001 | 206.00 |
|     | 1040      199512 | | |

PAGE NO: 0001                                     IRS EMPLOYEE 0170404876

DATE REQUESTED 09-26-2002                          PRINT DATE 09-26-2002

FORM NUMBER: 1040                                  TAX PERIOD: DEC  1998

              TAXPAYER IDENTIFICATION NUMBER: 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
         ** SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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

     LEHNEL & GERALDINE BOLDEN

                                        BODC-WI BODCLC-

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

     ACCOUNT BALANCE:              0.00
     ACCRUED INTEREST:             0.00   AS OF 10-07-2002
     ACCRUED PENALTY:              0.00   AS OF 10-07-2002

     ACCOUNT BALANCE
        PLUS ACCRUALS:             0.00


** EXEMPTIONS: 06                    **/FILING STATUS: MARRIED FILING JOINT
** ADJUSTED GROSS INCOME:      7,140.00
** TAXABLE INCOME:                0.00
   TAX PER RETURN:                0.00

** PER RETURN OR AS ADJUSTED

04-15-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
08-19-2002 PROCESSING DATE

                            TRANSACTIONS
                                                  MONEY AMOUNT
CODE              EXPLANATION              DATE   (IF APPLICABLE)
150 RETURN FILED AND TAX ASSESSED       08-19-2002           0.00

806 CREDIT FROM WITHHELD TAXES & EXCESS FICA   04-15-1999       303.00-
826 OVERPAYMENT CREDIT TRANSFERRED             04-15-1999       303.00
       1040        199512

DATE REQUESTED 09-26-2002                              PRINT DATE 09-26-2002

FORM NUMBER: 1040                                      TAX PERIOD: DEC  1996

                    TAXPAYER IDENTIFICATION NUMBER: 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
              ** SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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


        LENNEL & GERALDINE A BOLDEN


                                            BODC-WI BODCLC-


--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

        ACCOUNT BALANCE:              1,456.00
        ACCRUED INTEREST:             1,385.22 AS OF 10-15-2002
        ACCRUED PENALTY:               702.75  AS OF 10-15-2002

        ACCOUNT BALANCE
            PLUS ACCRUALS:            3,543.97


** EXEMPTIONS: 06                    **FILING STATUS: MARRIED FILING JOINT
** ADJUSTED GROSS INCOME:    52,301.00
** TAXABLE INCOME:           32,851.00
    TAX PER RETURN:              0.00

** PER RETURN OR AS ADJUSTED

04-15-1997 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
09-29-1997 PROCESSING DATE

                           TRANSACTIONS

                                                    MONEY AMOUNT
CODE            EXPLANATION              DATE      (IF APPLICABLE)
 150 RETURN FILED AND TAX ASSESSED    09-29-1997        4,931.00

 806 CREDIT FROM WITHHELD TAXES & EXCESS FICA    04-15-1997    2,120.00-
 196 INTEREST ASSESSED                09-29-1997          118.15
     199738
 971 INTENT TO LEVY COLLECTIONDUE PROCESS NOTICE  04-27-2000
     LEVY NOTICE ISSUED
 971 INTENT TO LEVY COLLECTIONDUE PROCESS NOTICE  03-21-2000
     COLL DUE PROCESS NOTICE   REFUSED/UNCLAIMED
 971 INTENT TO LEVY COLLECTIONDUE PROCESS NOTICE  05-17-2000
     COLL DUE PROCESS NOTICE   REFUSED/UNCLAIMED
 670 SUBSEQUENT PAYMENT                02-20-2002          210.45-
 670 SUBSEQUENT PAYMENT                03-20-2002          210.45-
 670 SUBSEQUENT PAYMENT                04-17-2002          210.45-
 670 SUBSEQUENT PAYMENT                05-15-2002          210.45-
 670 SUBSEQUENT PAYMENT                06-19-2002          210.45-
 670 SUBSEQUENT PAYMENT                08-21-2002          210.45-
 670 SUBSEQUENT PAYMENT                09-18-2002          210.45-

TAXPAYER IDENTIFICATION NUMBER: 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
SPOUSE TAXPAYER IDENTIFICATION NUMBER: 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

LENNEL & GERALDINE A BOLDEN
26 GIBSON BLVD
VALLEY STREAM          NY 11581-2001-993          BODC-WI BODCLC-

- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

   ACCOUNT BALANCE:          79.11
   ACCRUED INTEREST:          .92  AS OF 10-15-2002
   ACCRUED PENALTY:           .49  AS OF 10-15-2002

   ACCOUNT BALANCE
      PLUS ACCRUALS:         80.52


   EXEMPTIONS: 06                      FILING STATUS: MARRIED FILING JOINT
   ADJUSTED GROSS INCOME:     25,545.00
   TAXABLE INCOME:             1,845.00
   TAX PER RETURN:                 0.00

   PER RETURN OR AS ADJUSTED

-13-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-20-2002 PROCESSING DATE

                          TRANSACTIONS

|  |  |  | MONEY AMOUNT |
|---|---|---|---|
| DE | EXPLANATION | DATE | (IF APPLICABLE) |
| 50 | RETURN FILED AND TAX ASSESSED | 05-20-2002 | 686.00 |
| 06 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 04-15-2000 | 243.00- |
| 66 | LATE FILING PENALTY | 05-20-2002 | 110.75 |
|  | 200219 |  |  |
| 96 | INTEREST ASSESSED | 05-20-2002 | 98.91 |
|  | 200219 |  |  |
| 91 | PRIOR TAX ABATED | 08-05-2002 | 410.00- |
| 67 | LATE FILING PENALTY ABATED | 08-05-2002 | 77.75- |
| 97 | INTEREST ABATED | 08-05-2002 | 86.13- |
| 76 | FAILURE TO PAY TAX PENALTY | 08-05-2002 | 0.33 |
|  | 200230 |  |  |

Department of the Treasury
Internal Revenue Service
1140 Waverly Ave
Stop 510
Holtsville, NY 00501

In reply refer to:
October 03, 2002
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          000

Lennel & Geraldine A Bolden
PO BOX 12
Bellwood , IL 60104

Taxpayer Identification Number:      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

Dear Lennel & Geraldine A Bolden

Enclosed you will find the Personal Tax Information as requested during our phone
conversation of September 26, 2002.

You stated that you do not believe you owe these amounts.  You have requested this
information for review and explanation, which you stated you will be requesting at
your local Internal Revenue Office.

Please visit your local office, and call us back, by October 31, 2002 to set up a
payment arrangement.

As our records show that you have a balance due on your account, we will be able to
issue a notice of levy against your wages or financial institutions, and file a
Federal Tax Lien, if we do not hear from you by October 31, 2002.

Please call us at 1-800-829-3903 if you have any questions.

Sincerely,

Mrs. Szurko

Mrs. Szurko
19-04008
Customer Service Representative

Enclosure(s): Personal Tax Information
              Envelope

OGDEN   UT   84201-0030

In reply refer to:  0469004352
Dec. 31, 2007  LTR 3175C    0
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  000000 00 000
                    00059206
                   BODC: WI

GERALDINE A BOLDEN
513 W BELLARMINE DR APT B
JOLIET  IL  60436-1863742


Dear Taxpayer:

This is in reply to your correspondence dated Aug. 16, 2007.

We have determined that the arguments you raised are frivolous and have no basis in law. Federal courts have consistently ruled against such arguments and imposed significant fines for taking such frivolous positions.

You can obtain IRS Publication 2105, Why do I Have to Pay Taxes?, from our internet website at www.irs.gov/pub/irs-pdf/p2105.pdf. We also refer you to a document entitled The Truth About Frivolous Tax Arguments. It is also on our website at www.irs.gov/pub/irs-utl/friv_tax.pdf. If you do not have internet access, you can obtain copies of these documents from your local IRS office.

There are some people who encourage others to violate our nation's tax laws by arguing that there is no legal requirement for them to file income tax returns or pay income taxes. These people base their arguments on legal statements taken out of context and on frivolous arguments that have been repeatedly rejected by federal courts. People who rely on this kind of information can ultimately pay more in taxes, interest and penalties than they would have paid simply by filing correct tax returns.

People who violate the tax laws also may be subject to federal criminal prosecution and imprisonment. Information about the IRS's criminal enforcement program is available on the internet at www.irs.gov. Once there, enter the IRS keyword: fraud.

The IRS is working with the United States Department of Justice and state taxing authorities to ensure that all taxpayers pay their lawful share of taxes and to seek criminal indictments or civil enforcement actions against people who promote or join in abusive and fraudulent tax schemes.

The claims presented in your correspondence do not relieve you from your legal responsibilities to file federal tax returns and pay taxes. We urge you to honor those legal duties.

If you persist in sending frivolous correspondence, we will not continue to respond to it. Our lack of response to further

0469004352

Dec. 31, 2007  LTR 3175C    0
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  000000 00 000
00059207

GERALDINE A BOLDEN
513 W BELLARMINE DR APT B
JOLIET  IL  60436-1863742

correspondence does not in any way convey agreement or acceptance of
the arguments advanced. If you desire to comply with the law
concerning your tax liability, you are encouraged to seek advice from
a reputable tax practitioner or attorney.

    This letter advises you of the legal requirements for filing and
paying federal individual income tax returns and informs you of the
potential consequences of the position you have taken. Please observe
that the Internal Revenue Code sections listed below expressly
authorize IRS employees that act on behalf of the Secretary of the
Treasury to: 1.)examine taxpayer books, papers, records, or other data
which may be relevant or material; 2.) issue summonses in order to
gain possession of records so that determinations can be made of the
tax liability or for ascertaining the correctness of any return filed
by that person; and 3.) collect any such liability.

General Information on Filing Requirements and Authority to Collect
Tax

    Title 26, United States Code
        Section 6001  Notice or regulations requiring records,
        statements, and special returns
        Section 6011  General requirement of return, statement, or list
        Section 6012  Persons required to make returns of income
        Section 6109  Identifying numbers
        Section 6151  Time and place for paying tax shown on returns
        Section 6301  Collection Authority
        Section 6321  Lien for taxes
        Section 6331  Levy and distraint
        Section 7602  Examination of books and witnesses

INTERNAL REVENUE CODE SECTION 6702 (FRIVOLOUS INCOME TAX RETURN)
PROVIDES:

CIVIL PENALTY - If -
    (1)  any individual files what purports to be a return of the tax
         imposed by subtitle A but which -
            (A)  does not contain information on which the substantial
                 correctness of the self-assessment may be judged, or
            (B)  contains information that on its face indicates that
                 the self-assessment is substantially incorrect; and
    (2)  the conduct referred to in paragraph (1) is due to -
            (A)  a position which is frivolous, or
            (B)  a desire (which appears on the purported return) to
                 delay or impede the administration of Federal income
                 tax laws, then such individuals shall pay a penalty

0469004352
Dec. 31, 2007  LTR 3175C   0
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  000000 00 000
00059208

GERALDINE A BOLDEN
513 W BELLARMINE DR APT B
JOLIET   IL   60436-1863742

of $5,000.00

PENALTY IN ADDITION TO OTHER PENALTIES - The penalty imposed by
subsection (a) shall be in addition to any other penalty provided
by law.

    If you any have questions, please write to us at the address
shown at the top of the first page of this letter. Or, you may call
us toll free at 1-866-899-9083. Whenever you write, please include
this letter and, in the spaces below, give us your telephone number
with the hours we can reach you. You may also wish to keep a copy of
this letter for your records.

Your Telephone Number (____)_____   Hours _____

                              Sincerely yours,

                              Henry Slaughter
                              Field Director, Compliance Services

Enclosure(s):
Copy of this letter
Publication 1
Publication 2105