IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LENNEL BOLDEN and GERALDINE BOLDEN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 07-cv-6787 |
| COMMISSIONER OF THE INTERNAL REVENUE SERVICE, | ) ) ) | Hon. William T. Hart |
| Defendant. | ) ) | |

REPLY IN SUPPORT OF UNITED STATES' MOTION TO DISMISS

Plaintiffs initiated this action by filing a complaint on December 3, 2007. The United States moved to dismiss the above-captioned proceeding on June 9, 2008. Plaintiffs responded to the United States' motion on July 7, 2008. The United States now submits its reply in support of its Motion to Dismiss.

In its Motion to Dismiss, the United States argued that the Court does not have jurisdiction to grant to plaintiffs the relief they seek in their complaint. The plaintiffs do not address any of the jurisdictional bars to relief presented in the United States' motion. Because

they do not establish that the court does have jurisdiction to provide the relief they seek in their complaint, the plaintiffs' complaint must be dismissed.

>PATRICK J. FITZGERALD
>United States Attorney
>
>*/s/ Pamela Grewal*
>PAMELA GREWAL
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 55
>Ben Franklin Station
>Washington, D.C.  20044
>Telephone: (202) 307-6403
>Pamela.Grewal@usdoj.gov

CERTIFICATE OF SERVICE

    I certify that the foregoing document was filed the following documents using the Court's CM/ECF filing system, and that on July 23, 2008, service of the same was made upon the following by first-class mail, postage pre-paid, addressed to:

>Lennel Bolden
>513 W. Bellarmine Drive
>Joliet, Illinois 60436
>
>Geraldine Bolden
>513 W. Bellarmine rive
>Joliet, Illinois 60436

                                           */s/ Pamela Grewal*
                                           PAMELA GREWAL
                                           Trial Attorney, Tax Division
                                           United States Department of Justice
                                           P.O. Box 55, Ben Franklin Station
                                           Washington, DC 20044-0055
                                           Phone: (202) 307-6403
                                           Fax: (202) 514-5238
                                           E-Mail: pamela.grewal@usdoj.gov